**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PAUL DUFFY, ) ) Plaintiff, ) ) v. ) ) PAUL GODFREAD, ALAN COOPER, ) and JOHN DOES 1-10, ) ) Defendants. ) | Case No. 13-cv-1569 Removed from the Circuit Court of Cook County, IL Case No. 2013 L 001656 |

**PETITION FOR REMOVAL**

Defendants, Paul Godfread and Alan Cooper (collectively, "Defendants"), by and through their counsel, file this Petition for Removal to this Court of an action pending against Defendants in the Circuit Court of Cook County, Illinois, County Department, Law Division (the "Action") pursuant to 28 U.S.C. § 1441, based on the following grounds:

**I. Introduction**

The Plaintiff, Paul Duffy ("Plaintiff"), an Illinois resident, filed his Complaint on February 15, 2013. The Action bears the same title and state court case number as noted above and is docketed in the Circuit Court of Cook County, Illinois, County Department, Law Division. A copy of the state court file and true and correct copies of all process, pleadings, and orders served upon Defendants are being filed with this notice, as required by 28 U.S.C. § 1446(a), and are attached as Exhibit A.

Plaintiff alleges that Defendant Godfread, a Minnesota attorney, "is a major contributor and participant in the Internet community that is the primary source of the defamatory statements described herein." The 'primary source' being "allegations in a complaint filed in the District Court for the Fourth Judicial District of Minnesota." Complaint at ¶ 6. See, *Alan Cooper v. Steele, et al.,* Case No. 27-CV-13-3463, 4th Judicial Cir. MN, Jan. 25, 2013), attached as Exhibit B.

Plaintiff alleges that Defendant Cooper, a Minnesota resident and client of Defendant Godfread, "is a participant in the community of anonymous Internet posters who have defamed and committed other tortious acts against Plaintiff." Complaint at ¶ 7.

Plaintiff alleges it has been damaged in the amount "in excess of $100,000" by each Defendant. Complaint at p. 29.

### II. This Notice of Removal is Timely.

On February 15, 2013, Plaintiff filed its Complaint against Defendants. Defendant Godfread was served the same day. Defendant Cooper was served shortly thereafter.

This Notice of Removal is being filed less than a year after Plaintiff filed the Complaint and within thirty days after Defendants received a copy of the Complaint and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b).

### III. Diversity of Citizenship Exists Between Plaintiff and Defendants.

The Court also has original diversity jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a), and the Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

Plaintiff is a citizen of Illinois for purposes of diversity.

Defendants Godfread and Cooper are residents of Minnesota, which Plaintiff acknowledges. Complaint, ¶¶ 6-7.

The citizenship of the unknown "John Does 1-10" is disregarded for the purposes of determining diversity because he or she has been sued under a fictitious name. 28 U.S.C. § 1441(a).

Thus, the parties are completely diverse and no "joined and served" Defendant is a citizen of the state of Illinois.

### IV. The Amount in Controversy Exceeds $75,000.

Plaintiff alleges it has been damaged in the amount "in excess of $100,000" by each Defendant. Complaint, p. 29. Therefore the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

### V. Consent to Removal.

Since none of the "John Does" have yet been served in this matter, their consent to removal is not required.

### VI. Notice of Removal

Defendants will promptly provide notice of the removal of this action to Plaintiff and to the Circuit Court of Cook County, by filing a "Notice of Removal," together with a copy of this "Petition for Removal," in the Circuit Court of Cook County, Illinois, and by serving copies of the same on Plaintiff pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove the Action from the Circuit Court of Cook County, Illinois to the Northern District of Illinois, for all purposes.

This the 1st day of March, 2013.

        Respectfully submitted,

        /s/ Erin Kathryn Russell
        Counsel for Defendants
        Paul Godfread and Alan Cooper

The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, IL 60607
T: (312) 994-2424
F: (312) 706-9766
erin@russellfirmchicago.com
ARDC # 6287255

        /s/ Jason E. Sweet
        Counsel for Defendants
        Paul Godfread and Alan Cooper
        *Pro Hac Vice Motion Pending*

Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
jsweet@boothsweet.com