# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13-cv-01569 | **DATE** | 3/25/13 |
| **CASE TITLE** | Duffy v. Godfread | | |

**DOCKET ENTRY TEXT:**

Initial status hearing set for April 30, 2013, at 9:30 a.m. Motion by Defendants for Attorney Jason E. Sweet to appear *pro hac vice* [2] is granted. Parties are advised to review Local Rule 5.3 regarding the noticing and presentment of motions.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|