**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PAUL DUFFY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-cv-1569 |
| ) | Judge: Honorable John W. Darrah |
| PAUL GODFREAD, ALAN COOPER, and ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF MOTION TO DISMISS COUNTERCLAIM AND MOTION TO STRIKE AFFIRMATIVE DEFENSES**

PLEASE TAKE NOTICE that on April 23, 2013, at 9:30 a.m. the undersigned shall appear before the Honorable United States Judge John W. Darrah in Courtroom 1203 at 219 South Dearborn Street, Chicago, IL and shall then and there present its Motion to Dismiss Counterclaim And To Strike Affirmative Defenses.

          Respectfully submitted,
          PAUL DUFFY

          By: /s/ Paul A. Duffy
              One of Its Attorneys

Paul A. Duffy
2 N. LaSalle St., Suite 1300
Chicago, IL 60602
Telephone: (312) 952-6136
Fax: (312) 346-8434
E-mail: pduffy@pduffygroup.com

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on April 11, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

               /s/ Paul Duffy

               Paul Duffy