# EXHIBIT C

**From:** Paul Godfread <paul@godfreadlaw.com>
**Subject: Notice of Representation**
**Date:** November 28, 2012 9:50:43 AM CST
**To:** mkdugas@wefightpiracy.com

Mr. Dugas,

This is to notify you that this firm represents Alan Cooper who is a resident of Minnesota. It appears that an Alan Cooper is the CEO of AF Holdings, a client of yours, and has signed copyright assignment agreements which are attached as exhibits in the various AF Holdings cases filed here in Minnesota. I can tell you that my client did not sign those agreements and I would like to think that this is merely a coincidence. However, my client has also been a caretaker for property in Minnesota owned by John Steele which I think reduces the likelihood that this is a mere coincidence. I know that Mr. Steele is not officially affiliated with your firm. But, I think you know that the connections between Mr. Steele and AF Holdings are not merely speculation on my part.

Please call me to discuss as soon as you can. I would like to be able to assure my client that this is simply a coincidence.

Sincerely,

Paul Godfread
_____

**On Nov 29, 2012, at 10:49 AM, Paul Duffy <paduffy@wefightpiracy.com> wrote:**

Dear Mr. Godfread:

I understand that you contacted several members of my firm yesterday in reference to your client, Alan Cooper. If your client is a defendant in an action filed by one of our clients, please notify me immediately. Otherwise, please clarify the scope of your representation of Mr. Cooper. If your representation involves a personal matter between Mr. Cooper and Mr. Steele, please deal with Mr. Steele directly.

In regard to your e-mail, I will speak with my client, but I expect that they will adhere to their standard policy of not volunteering information to adverse counsel. Further, it is unclear why you need me to confirm whether *your* client--whom I have never spoken to--signed a document that he himself says he did not sign.

Paul A. Duffy
Attorney
Licensed only in the state of IL, MA, CA, and the District of Columbia

Tel: (312) 880-9160
Fax: (312) 893-5677

161 N. Clark St. Suite 3200
Chicago, IL 60601

www.wefightpiracy.com
paduffy@wefightpiracy.com

_____

**From:** Paul Godfread <paul@godfreadlaw.com>
**Subject: Re: Your emails**
**Date:** November 29, 2012 1:05:50 PM CST
**To:** Paul Duffy <paduffy@wefightpiracy.com>

Dear Mr. Duffy,

My concern is that there is a strong possibility that Mr. Steele has used my client's name as the name of the would be CEO of AF Holdings, LLC. Mr. Steele had hired my client as a caretaker of property in Minnesota and specifically told him to call if anyone asks about various companies. I can't think of any legitimate reason why Mr. Steele would warn my client about being contacted about various companies. I am looking for assurances that there is another Alan Cooper (i.e. not my client) who is a real person and who is the CEO of AF Holdings.

Also, shortly after contacting your firm and letting them know I represented Alan Cooper, Mr. Steele contacted him directly and asked if he had been talking to lawyers.

Please review your client's filings in District of Minnesota and elsewhere. There are also filings that would suggest there is an "Alan Cooper" who is a manager of Ingenuity 13, LLC. I need to know that this is merely a strange coincidence. Please give me whatever evidence you can to ease my concern.

Sincerely,

Paul Godfread

_____

**On Thu, Nov 29, 2012 at 4:51 PM, Paul Godfread <paul@godfreadlaw.com> wrote:**

Dear Mr. Steele,

I represent an individual in Minnesota named Alan Cooper. I was given this email address by a paralegal named Kevin at Prenda Law, who said that you are currently of counsel with that firm. I am writing to you because I would like to find out whether or not my client's name or identity were used as the name of the CEO of AF Holdings, LLC and a manager of Ingenuity 13, LLC. I have received a less than reassuring response from Paul Duffy and no response from local counsel in Minnesota, Michael Dugas. I would like to think this is a misunderstanding and a coincidence, but nothing I have seen so far would lead me to think that is the case.

I know that you contacted my client shortly after I gave notice of representation to Alpha Law and Prenda Law. Please do not contact my client about this matter again.

If you have information that you think would clarify the situation, please let me know.

Sincerely,

Paul Godfread

___

**On Nov 29, 2012, at 6:07 PM, Paul Duffy <paduffy@wefightpiracy.com> wrote:**

Dear Mr. Godfread,

All of your concerns arise directly from the alleged actions of Mr. Steele. If you have concerns about Mr. Steele's actions, then just speak to Mr. Steele. I am not Mr. Steele's attorney.  Neither I nor my clients know anything about conversations he may or may not have had with a caretaker at his property. Unless you have business to discuss with my office, please refrain from further contacting me.

Paul A. Duffy
Attorney
Licensed only in the state of IL, MA, CA, and the District of Columbia

Tel:  (312) 880-9160
Fax: (312) 893-5677

161 N. Clark St. Suite 3200
Chicago, IL 60601

www.wefightpiracy.com
paduffy@wefightpiracy.com

___

**From: Paul Godfread <paul@godfreadlaw.com>**
**Subject: Re: Latest email**
**Date:** November 29, 2012 6:42:19 PM CST
**To:** Paul Duffy <paduffy@wefightpiracy.com>

You are being coy.  You and your firm represent AF Holdings.  I suspect your client may be a sham corporation using my client's name as a front.  If my suspicions about your client are wrong, please show me.  Steele's actions are merely what lead me to suspect you and your client may have done this.  If you can reassure me and my client, I won't contact you about this matter anymore.  But I have a duty to look into this matter on behalf of my client.

Sincerely,

Paul Godfread

___

**From: Paul Duffy <paduffy@wefightpiracy.com>**
**Subject: Alan Cooper**
**Date:** December 7, 2012 4:48:01 PM CST
**To:** Paul Godfread <paul@godfreadlaw.com>

Dear Mr. Godfread:

It is my understanding that you recently spoke with Mr. Steele regarding various matters he has with your client that are between himself and Mr. Cooper. During that conversation the issue of my clients AF Holdings and Ingenuity 13 arose. Mr. Steele indicated to me that to alleviate your client's concerns, you are seeking a letter from an officer of AF Holdings and Ingenuity 13 stating something along the lines of the following:

"Alan Cooper, a resident of Minnesota and client of attorney Godfread, is not the CEO of [AF Holdings LLC/Ingenuity13 LLC]."

When asked whether this specific language would be acceptable, you declined to commit to resolving this matter. When asked to provide exact language that would alleviate your concerns, you declined to do so. Just so we are clear, my clients are outraged at the notion that an attorney would file a letter without conducting any due diligence. They are further outraged at the notion that having been offered what you want, you still refuse to resolve this matter.

I trust that you advised Mr. Cooper in writing of the fact that attorneys nationwide will be seeking his deposition as a result of the letter you filed and that you continue to refuse to retract---even after being offered everything you purport to be seeking. As a professional courtesy, I would like to assume you are not using poor Mr. Cooper to enhance the visibility of your practice, and that you have some basis to continue down this path. If there is any innocent explanation for your behavior, please let me know.

Paul A. Duffy
Attorney
Licensed only in the state of IL, MA, CA, and the District of Columbia

Tel:  (312) 880-9160
Fax: (312) 893-5677

161 N. Clark St. Suite 3200
Chicago, IL 60601

www.wefightpiracy.com
paduffy@wefightpiracy.com