# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 1569 | **DATE** | 4/23/2013 |
| **CASE TITLE** | Paul Duffy vs. Paul Godfread et al | | |

**DOCKET ENTRY TEXT**

Ruling on motion hearing held. Defendants' motion stay discovery pending resolution of Defendants' Motion to Dismiss Pursuant to MN Anti-SLAPP Act is granted [13]. No appearance is needed on 4/30/13. Plaintiff's motion to dismiss the counterclaim and to strike affirmative defenses [9] and defendants' motion to dismiss [11] are entered and briefed as follows: responses by 5/15/13, replies by 5/29/13. Status hearing set for 4/30/13 is re-set to 8/14/13 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|