UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAUL DUFFY, | ) | Case No. 1:13-cv-01569 |
| | ) | |
| | ) | Removed from: |
| Plaintiff, | ) | |
| | ) | The Circuit Court of Cook County, IL |
| v. | ) | Case No. 13-L-001656 |
| | ) | |
| PAUL GODFREAD, ALAN COOPER and JOHN DOES 1-10, | ) | Honorable John W. Darrah |
| | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 2, 2013, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in Courtroom 1203 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Defendants' Motion to Reassign and Consolidate.

Respectfully submitted,

/s/ Erin Kathryn Russell

The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60611
T: 312-994-2424
F: 312-706-7966
erin@russellgroupchicago.com
ARDC # 6287255

CERTIFICATE OF SERVICE

The undersigned certifies that on June 13, 2013, she caused the foregoing to be filed with the Court via the CM/ECF electronic filing system, thereby serving all parties of record.

/s/ Erin Kathryn Russell