# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 1569 | **DATE** | 6/19/2013 |
| **CASE TITLE** | Paul Duffy vs. Godfread et al | | |

**DOCKET ENTRY TEXT**

In court hearing held. Defendants' motion to reassign case [19] is entered and continued to 6/25/13 at 9:30 a.m. Defendants appeared after the motion was called, but was advised of the next date. Hearing set for 6/26/13 stated on the record is vacated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|