Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 1569 | **DATE** | 6/25/2013 |
| **CASE TITLE** | Paul Duffy vs. Godfread et al | | |

**DOCKET ENTRY TEXT**

In court hearing held. Defendants' motion to reassign case [19] is entered and briefed as follows: response by 7/2/13, reply by 7/8/13. Status hearing set for 7/23/13 stated on the record is re-set to 8/14/13 at 9:30 a.m.

Docketing to mail notices.

00:05

| | |
|---|---|
| Courtroom Deputy Initials: | MF |