**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Paul Duffy
                      Plaintiff,

v.                                      Case No.: 1:13−cv−01569
                                          Honorable John W. Darrah

Paul Godfread, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 28, 2013:

       MINUTE entry before Honorable John W. Darrah: Plaintiff having advised the Court that there is no objection, defendants' motion to consolidate and reassign 13 C 4341, Law v. Godfread, pending before Judge Kennelly [19] is granted. Status hearing set for 8/14/13 at 9:30 a.m. for ruling on the pending motions. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.