**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | |
| Paul Duffy | ) | Case No: 13 C 1569 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| | ) | |
| Paul Godfread et al | ) | |
| | ) | |

## **ORDER**

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Godfread and Cooper's Motion to Dismiss the Complaint [11] is denied and Duffy's Motion to Strike Affirmative Defenses is denied. Duffy's Motion to Dismiss the Counterclaim [9] is granted. Enter Memorandum Opinion and Order. Status hearing set for 11/7/13 at 9:30 a.m.

Date: 8/14/13                                               /s/ Judge John W. Darrah