```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


    PAUL DUFFY,                       )
                                      )
                     Plaintiff,       )
                                      )
                                      )
    -vs-                              )   Case No. 13 C 1569
                                      )
                                      )   Chicago, Illinois
    PAUL GODFREAD, ALAN COOPER and    )   June 25, 2013
    JOHN DOES 1-10,                   )   9:30 o'clock a.m.
                                      )
                     Defendants.      )


                     TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE JOHN W. DARRAH

APPEARANCES:

For the Plaintiff:      MR. PAUL A. DUFFY
                        2 North LaSalle Street
                        Chicago, Illinois 60602

For the Defendants:     THE RUSSELL FIRM
                        BY:  MS. ERIN KATHRYN RUSSELL
                        233 South Wacker Drive
                        84th Floor
                        Chicago, Illinois 60606
```

Mary M. Hacker, CSR, FCRR
Official Court Reporter
United States District Court
219 South Dearborn Street, Suite 1212
Chicago, Illinois  60604
Telephone:  (312) 435-5564

```
 1        (Proceedings had in open court:)
 2             THE CLERK:  13 C 1569, Duffy versus Godfread.
 3             MR. DUFFY:  Paul Duffy for the plaintiff.
 4             THE COURT:  Mr. Duffy.
 5             MS. RUSSELL:  Good morning again, your Honor.  Erin
 6   Russell for defendants Godfread and Cooper.
 7             THE COURT:  Good morning, Ms. Russell.
 8        This matter comes on this morning for presentation
 9   by the defendant, by you, Ms. Russell, to reassign a related
10   case to this courtroom.  There is pending cross-motions for
11   summary judgment, which are in the course of -- right now are
12   being briefed and I intend to rule by August 14th.
13             MS. RUSSELL:  I believe last week, your Honor --
14   and I apologize.  I came to the courtroom late last week and
15   Mr. Duffy had already left for the presentment of this
16   motion.
17        These are identical lawsuits with identical
18   complaints and identical exhibits were filed.  The
19   allegations being made are identical, against all the same
20   people.
21        We just ask that rather than have Mr. Duffy's suit
22   here in your courtroom and have Judge Kennelly working on the
23   identical lawsuit on behalf of Mr. Duffy's law firm, of which
24   he's the sole principal, it doesn't make any sense --
25             THE COURT:  Are you representing any of the parties
```

```
 1  before Judge Kennelly?
 2             MS. RUSSELL:  Yes.  They're all the same people.
 3             THE COURT:  I see.  And I have the older case?
 4             MS. RUSSELL:  You do.
 5             THE COURT:  Any objection to the reassignment --
 6             MR. DUFFY:  Yes, I have objections.  These cases
 7  are not identical.  They --
 8             THE COURT:  Counsel, I'm going to let you file a
 9  response.
10             MR. DUFFY:  May I have --
11             THE COURT:  I'm very familiar now with these
12  issues.  You can file a response.  I caution you, though,
13  that your response must comply with Rule 11's requirements.
14             If you're representing to me that there is a
15  material difference between this case and the case pending
16  before Judge Kennelly, I'll let you put that in writing.  How
17  much time do you need to do that?
18             MR. DUFFY:  May I have seven days?
19             THE COURT:  Seven days it is.
20             How much time to reply?
21             MS. RUSSELL:  Five?
22             THE COURT:  Okay.
23             THE CLERK:  Response July 2nd, reply July 8th.
24             THE COURT:  And a short ruling date, Mel.
25             THE CLERK:  July 23rd at 9:30.
```

1  THE COURT:  Okay.

2  MS. RUSSELL:  Thank you, your Honor.

3  MR. DUFFY:  Thank you, your Honor.

4  THE COURT:  You're welcome.

5  (Which were all the proceedings heard.)

6  CERTIFICATE

7  I certify that the foregoing is a correct transcript

8  from the record of proceedings in the above-entitled matter.

9

10  /s/ ***Mary M. Hacker***                    ***August 20, 2013***

11  _____           _____
   Mary M. Hacker                            Date
12  Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25