EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PRENDA LAW, )
)
    Plaintiff, )
)
vs. ) No.: 3:13-CV-00207
)
PAUL GODFREAD, ALAN COOPER )
and JOHN DOES 1-10 )
)
    Defendants. )

### AFFIDAVIT

My name is Judy Kent. I am an adult over age 18, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am a Supervisor in the Small Claims and Civil Division of the St. Clair County Circuit Clerks Office in Belleville, Illinois.

On February 21, 2013 I file stamped a Amended Complaint in the case titled, Prenda Law V Paul Godfread, Alan Cooper and John Does 1-10.

There was no Motion for Leave to File the Amended Complaint in the above mentioned case.

There is no signed Order granting an Amended Complaint.

I was informed by Mr. Hoerner, one of Prenda Law's attorneys, that no one had been served with the original Complaint which is why I file stamped the Amended Complaint without a Motion for Leave.

I verified on my computer that my office had not received a return as of February 21, 2013.

FURTHER, WITNESS SAYETH NOT.

_Judy Kent_
Judy Kent

Subscribed and sworn to before me, a Notary Public, on this 8th day of May, 2013.

_Geralyn M. Thacker_
NOTARY PUBLIC

"OFFICIAL SEAL"
GERALYN M. THACKER
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 5, 2013