EXHIBIT K

### IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
### ST. CLAIR COUNTY, ILLINOIS
### LAW DIVISION

PRENDA LAW,                          )
                                     )
Plaintiff,                           )       Case No. 13-L-75
                                     )
v.                                   )
PAUL GODFREAD, ALAN COOPER,          )
and JOHN DOES 1-10,                  )
                                     )
Defendants.                          )

> FILED
> ST. CLAIR COUNTY
> MAR 0 5 2013
> 52          *Katherine A. Clerk*
> CIRCUIT CLERK

### DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Petition for Removal of the above-styled action from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, Law Division, to the United States District Court for the Southern District of Illinois, was filed on March 1, 2013. (A true and correct copy of said Petition for Removal is attached hereto as Exhibit A).

You are also advised that Defendants have filed a copy of said Petition for Removal with the Clerk of this Court and removed this case from the jurisdiction of the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, in accordance with the provisions of 28 U.S.C. §§ 1441, et seq.

By virtue of the controlling federal law, the aforesaid case is now removed, and all further proceedings before this Court are stayed.

Respectfully submitted this the 5th day of March, 2013.

Respectfully submitted,

/s/ Erin Kathryn Russell
Counsel for Defendants
Paul Godfread and Alan Cooper

The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, IL 60607
T: (312) 994-2424
F: (312) 706-9766
erin@russellfirmchicago.com
ARDC # 6287255

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PRENDA LAW, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-cv-207-DRH-SCW |
| | ) | |
| v. | ) | Removed from the Circuit Court of |
| PAUL GODFREAD, ALAN COOPER, | ) | St. Clair County, IL Case No. 13-L-75 |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

### PETITION FOR REMOVAL

Defendants, Paul Godfread and Alan Cooper (collectively, "Defendants"), by and through their counsel, file this Petition for Removal to this Court of an action pending against Defendants in the Circuit Court for the Twentieth Judicial Circuit, State of Illinois, St. Clair County (the "Action") pursuant to 28 U.S.C. § 1441, based on the following grounds:

Introduction

The Plaintiff, Prenda Law, Inc. ("Plaintiff"), an Illinois corporation, filed its Complaint on February 12, 2013. The Action bears the same title and state court case number as noted above and is docketed in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois. A copy of the state court file and true and correct copies of all process, pleadings, and orders served upon Defendants are being filed with this notice, as required by 28 U.S.C. § 1446(a), and are attached as Exhibit A.

Plaintiff alleges that Defendant Godfread, a Minnesota attorney, "is a major contributor and participant in the Internet community that is the primary source of the defamatory statements described herein." The 'primary source' being "allegations in a complaint filed in the District Court for the Fourth Judicial District of Minnesota." Complaint at ¶ 6. See, *Alan Cooper v. Steele, et al.,* Case No. 27-CV-13-3463, 4th Judicial Cir. MN, Jan. 25, 2013), attached as Exhibit B.

Plaintiff alleges that Defendant Cooper, a Minnesota resident and client of Defendant Godfread, "is a participant in the community of anonymous Internet posters who have defamed and committed other tortious acts against Plaintiff." Complaint at ¶ 7.

Plaintiff alleges it has been damaged in the amount "in excess of $100,000" by each Defendant. Complaint at p. 28.

### I. This Notice of Removal is Timely.

On February 12, 2013, Plaintiff filed its Complaint against Defendants. Defendant Godfread was served the same day. Defendant Cooper was served shortly thereafter.

This Notice of Removal is being filed less than a year after Plaintiff filed the Complaint and within thirty days after Defendants received a copy of the Complaint and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b).

### II. Diversity of Citizenship Exists Between Plaintiff and Defendants.

The Court also has original diversity jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a), and the Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

Plaintiff is an Illinois corporation with its principal place of business in Illinois, and is therefore a citizen of Illinois for purposes of diversity.

Defendants Godfread and Cooper are residents of Minnesota, which Plaintiff acknowledges. Complaint, ¶ ¶ 6-7.

The citizenship of the unknown "John Does 1-10" is disregarded for the purposes of determining diversity because he or she has been sued under a fictitious name. 28 U.S.C. § 1441(a).

Thus, the parties are completely diverse and no "joined and served" Defendant is a citizen of the state of Illinois.

### III. The Amount in Controversy Exceeds $75,000.

Plaintiff alleges it has been damaged in the amount "in excess of $100,000" by each Defendant. Complaint, p. 28. Therefore the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

### IV. Consent to Removal.

Since none of the "John Does" have yet been served in this matter, their consent to removal is not required.

### V. Notice of Removal

Defendants will promptly provide notice of the removal of this action to Plaintiff and to the Circuit Court of St. Clair County, Illinois, by filing a "Notice of Removal," together with a copy of this "Petition for Removal," in the Circuit Court of St. Clair County, Illinois, and by serving copies of the same on Plaintiff pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove the Action from the Circuit Court of St. Clair County, Illinois to the Southern District of Illinois, for all purposes.

This the 1st day of March, 2013.

Respectfully submitted,

/s/ Erin Kathryn Russell
Counsel for Defendants
Paul Godfread and Alan Cooper

The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, IL 60607
T: (312) 994-2424
F: (312) 706-9766
erin@russellfirmchicago.com
ARDC # 6287255

/s/ Jason L. Sweet
Counsel for Defendants
Paul Godfread and Alan Cooper
*Pro Hac Vice Motion Pending*

Booth Sweet, LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
jsweet@boothsweet.com

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
### ST. CLAIR COUNTY, ILLINOIS
### LAW DIVISION

PRENDA LAW,                    )
                              )
    Plaintiff,          )
                              )
v.                            )    13-L-75
                              )
PAUL GODFREAD, ALAN COOPER,   )
and JOHN DOES 1-10,           )
                              )
    Defendants.         )

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Removal was served upon the attorneys of record of all parties to the above by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage duly prepaid and by depositing said envelopes in a U.S. Post Office mail box in Belleville, Illinois on this 5th day of March, 2012.

_____
LAURA K. BEASLEY - #6274537

**Copies Forwarded To:**

Kevin T. Hoerner
Becker, Paulson, Hoerner & Thompson, P.C.
5111 West Main Street
Belleville, IL 62226



FILED
ST. CLAIR COUNTY

MAR 0 5 2013

52    CIRCUIT CLERK

1