## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: John W. Darrah |
|  | ) |  |
| Paul Godfread et al | ) |  |
|  | ) |  |

### <u>ORDER</u>

Ruling on motion hearing held. Defendant's motion and corrected motion for an extension of time to file Rule 11 petition are moot [31, 33]. Defendant's Rule 11 petition [34] will be deemed as timely filed, however, defendants shall re-file the motion under the related case, 13 C 4341, Prenda v. Godfread, instanter. Response by 9/24/13, reply by 10/1/13. Status hearing set for 11/7/13 is re-set to 12/12/13 at 9:30 a.m.

(T:) 00:05

Date:   9/10/13                                      /s/ Judge John W. Darrah