IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DUFFY, <br><br> Plaintiff, <br> v. <br><br> PAUL GODFREAD, ALAN COOPER and JOHN DOES 1-10, <br><br> Defendants. | No. 13-cv-1569 <br><br> On Removal From The Circuit Circuit Court of St. Clair County, Illinois, 13-L-73 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Plaintiff, pursuant to Federal Rule of Civil Procedure 15 and other governing law, respectfully requests that this Court grant leave for him to answer or otherwise plead to the amended counterclaim of certain defendants, filed on September 16, 2013. In support hereof, Plaintiff states as follows:

1. This Court in its August 14, 2013 Order granted the named Defendants thirty (30) days to amend their counterclaim against Plaintiff. (ECF No. 27.) Defendants filed their amended counterclaim thirty-three (33) days later, on September 16, 2013. (ECF No.36.)

2. The amended counterclaim alleges a number of matters (a striking volume of which are outright false or, at a minimum, materially misleading) that were not included in the first iteration of their counterclaim. Plaintiff believes that the amended counterclaim includes most or all of the same defects that led to the dismissal of their initial counterclaim.

1

3. Because of the substantial number of new or modified allegations in the counterclaim, however, Plaintiff requests additional time to prepare and submit a motion addressed to the counterclaim. Plaintiff therefore requests that this Court grant it an additional fourteen (14) days, until October 14, 2013, to answer or otherwise plead to the amended counterclaim.

4. Plaintiff does not bring this Motion for purposes of causing undue delay or for any improper purpose. Plaintiff does not believe that its request for an extension of time will have an impact on the scheduled status date of December 12, 2013 (ECF No. 35.)

WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests that this Court grant this Motion; grant it until October 14, 2013 to answer or otherwise plead to the amended counterclaim; and grant any and all further relief that this Court deems to be reasonable and appropriate under the circumstances.

Respectfully submitted,

Paul A. Duffy, PLAINTIFF

DATED: September 30, 2013

By:  s/ Paul A. Duffy
Paul Duffy (Bar No. 6210496)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
Telephone: (312) 952-6136
Facsimile: (312) 346-8434
E-mail: pduffy@pduffygroup.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul Duffy
Paul Duffy