**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DUFFY, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | No. 13-cv-1569 |
|  ) | Judge: Honorable John W. Darrah |
| PAUL GODFREAD, ALAN COOPER, and ) | |
| JOHN DOES 1-10, ) | |
|  ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF MOTION FOR EXTENSION
TO ANSWER OR OTHEWISE PLEAD**

PLEASE TAKE NOTICE that on October 8, 2013, at 9:30 a.m. the undersigned shall appear before the Honorable United States Judge John W. Darrah in Courtroom 1203 at 219 South Dearborn Street, Chicago, IL and shall then and there present its Motion for Extension of Time to Answer or Otherwise Plead.

> Respectfully submitted,
> PAUL DUFFY
>
> By: /s/ Paul A. Duffy
>     One of Its Attorneys

Paul A. Duffy
2 N. LaSalle St., Suite 1300
Chicago, IL  60602
Telephone:  (312) 952-6136
Fax:  (312) 346-8434
E-mail:  pduffy@pduffygroup.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul Duffy
Paul Duffy