# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Paul Godfread et al | ) | |

## ORDER

Ruling on motion hearing held. Defendant's motion for an extension of time to respond to the amended counterclaim is granted. Defendant's motion to dismiss to be filed by 10/15/13, response by 11/5/13, reply by 11/20/13. Status hearing set for 12/12/13 is re-set to 2/5/14 at 9:30 a.m.

(T:) 00:05

Date: 10/8/13                    /s/ Judge John W. Darrah