# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PAUL DUFFY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-cv-1569 |
| | ) | Judge: Honorable John W. |
| | ) | Darrah |
| PAUL GODFREAD, ALAN COOPER, and | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S NOTICE OF MOTION FOR
## EXTENSION OF TIME, *INSTANTER*

PLEASE TAKE NOTICE that on October 29, 2013 at 9:30 a.m. the undersigned shall appear before the Honorable United States Judge John W. Darrah in Courtroom 1203 at 219 South Dearborn Street, Chicago, IL and shall then and there present Plaintiff's Motion for Extention of Time, *Instanter*.

By: /s/ Paul Duffy
One of his attorneys

Paul Duffy, Esq.
Duffy Law Group
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
Telephone: (312) 952-6136
Dated: October 23, 2013