# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Paul Duffy, et al.

                    Plaintiff,

v.                                            Case No.: 1:13−cv−01569
                                              Honorable John W. Darrah

Paul Godfread, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 25, 2013:

      MINUTE entry before Honorable John W. Darrah: Counter − Defendant's motion for an extension of time to respond to the amended counterclaim is granted [40]. Counter − Defendant's motion to dismiss to be filed by 10/28/13, response by 11/19/13, reply by 12/6/13. Status hearing set for 2/5/14 is re−set to 2/26/14 at 9:30 a.m. No appearance is needed on 10/29/13. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.