**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| _____ ) | | Case No. 1:13-cv-01569 |
| PAUL DUFFY, ) | | |
| ) | | Honorable John W. Darrah |
| ) | | |
| Plaintiff, ) | | Removed from: |
| ) | | The Circuit Court of Cook County, IL |
| v. ) | | No. 13-L-001656 |
| ) | | |
| PAUL GODFREAD, ALAN COOPER, ) | | Consolidated with: |
| ) | | Prenda Law v. Godfread, et al, No. 13- |
| and JOHN DOES 1-10, ) | | cv-04341 (N.D. Ill.) |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

**MOTION FOR EXTENSION OF TIME**

NOW COME Defendants Paul Godfread and Alan Cooper, by and through counsel, and pursuant to Federal Rule of Civil Procedure 6(b) respectfully move this Court for an extension of time to file their response to Plaintiff's motion to dismiss the Amended Counterclaims [ECF No. 43], and in support thereof state as follows:

1. Defendant's response to Plaintiff's motion to dismiss the Amended Counterclaims was to be filed by November 19, 2013. [ECF No. 42].

2. Defendants' counsel was traveling with family between November 13 and November 18 and requires additional time to draft said response.

3. Defendants also require additional time to obtain information relevant to their petition.

4. This extension of time is not being sought for the purpose of delay or frustration of the progress of this matter.

5. The requested extension will not adversely affect the scheduled status date of February 26, 2014.

6. This is the second request for an extension made by Defendants in this matter.

7. This extension will not unduly burden any of the parties.

8. Defendant has no objection to the Court granting an extension of time for Plaintiff's response to match the extension being requested herein.

WHEREFORE, Defendants Paul Godfread and Alan Cooper respectfully request that this Court grant their Motion for Extension of Time and extend the deadline for the filing of Defendants'

response to Plaintiff's motion to dismiss the Amended Counterclaims through Tuesday, November 26, 2013.

Respectfully submitted,

/s/ Jason E. Sweet
Counsel for Defendants
Paul Godfread and Alan Cooper

Booth Sweet, LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
jsweet@boothsweet.com
BBO #668596

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2013, he caused the foregoing to be filed with the Court via its CM/ECF electronic filing system, thereby serving a copy on all parties of record.

/s/ Jason Sweet