**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAUL DUFFY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL GODFREAD, ALAN COOPER, ) <br> ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:13-cv-01569 <br><br> Honorable John W. Darrah <br><br> Removed from: <br> The Circuit Court of Cook County, IL <br> No. 13-L-001656 <br><br> Consolidated with: <br> Prenda Law v. Godfread, et al, No. 13-cv-04341 (N.D. Ill.) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, November 26, 2013, at 9:30 a.m., or as soon thereafter as Defendants may be heard, Defendants' counsel shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in Courtroom 1203 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Defendants' Motion for Extension of Time.

Respectfully submitted,

/s/ Jason E. Sweet
Counsel for Defendants
Paul Godfread and Alan Cooper

Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
jsweet@boothsweet.com
BBO #668596

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 19, 2013, he caused the foregoing to be filed with the Court via its CM/ECF electronic filing system, thereby serving a copy on all parties of record.

/s/ Jason Sweet