UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL DUFFY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 13-cv-1569 |
| PAUL GODFREAD, et al., | ) | |
| | ) | Judge John W. Darrah |
| Defendants. | ) | |

## **ORDER**

Defendants move for an extension of time to file a response to Plaintiff's Motion to Dismiss the Amended Counterclaims; this motion [44] is granted. Defendants' response is to be filed on or before November 26, 2013. Plaintiff's reply is to be filed on or before December 13, 2013. The status date of February 26, 2014, is reset to March 5, 2014, at 9:30 a.m. No appearance is necessary on November 26, 2013.

Date: 11/21/2013                                                                 /s/ John W. Darrah