### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| | ) | |
| Paul Godfread et al | ) | |
| | ) | |

### ORDER

Status hearing held. Plaintiff's motion to dismiss the second amended counterclaim to be filed by 5/23/14, response by 6/6/14, reply by 6/13/14. Status hearing/ruling set for 8/20/14, stated on the record is re-set to 8/27/14 at 9:30 a.m.

(T:) 00:05

Date: 5/8/14  /s/ Judge John W. Darrah