UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL DUFFY, | ) | Case No. 1:13-cv-01569 |
| | ) | Honorable John W. Darrah |
| Plaintiff, | ) | Removed from: |
| | ) | Circuit Court of Cook County, IL |
| v. | ) | No. 13-L-001656 |
| | ) | |
| PAUL GODFREAD, ALAN COOPER, | ) | Consolidated with: |
| | ) | *Prenda Law v. Godfread, et al,* |
| | ) | No. 1:13- cv-04341 (N.D. Ill.) |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| | ) | |
| PAUL GODFREAD AND ALAN COOPER, | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | Honorable John W. Darrah |
| v. | ) | |
| | ) | |
| PRENDA LAW, INC. AND PAUL DUFFY, | ) | |
| | ) | |
| Counter-Defendants. | | |

COUNTER-PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST COUNTER-
DEFENDANTS PRENDA LAW, INC. AND PAUL DUFFY
PURSUANT TO FED. R. CIV. P. 55(a)

COME NOW Counter-Plaintiffs Paul Godfread and Alan Cooper, Pursuant to Fed. R. Civ. P.

55(a), and hereby move for the entry of default against Counter-Defendants Prenda Law, Inc.

and Paul Duffy for failing to plead or otherwise defend this action as required by law. Attached

hereto as Exhibit A is the Declaration in Support of Request for Entry of Default executed by

Attorney Erin Russell.

This the 26th day of August, 2014.

Respectfully submitted,

/s/ Erin Kathryn Russell
Counsel for Defendants and Counter-Plaintiffs
Paul Godfread and Alan Cooper

The Russell Firm, LLC
233 South Wacker Drive, 84th Floor
Chicago, IL 60606
T: (312) 994-2424
F: (312) 706-9766
erin@russellfirmchicago.com
ARDC #6287255

/s/ Jason E. Sweet
Counsel for Defendants and Counter-Plaintiffs
Paul Godfread and Alan Cooper

Booth Sweet, LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
jsweet@boothsweet.com
admitted *pro hac vice*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2014, she caused the foregoing to be filed with the Court via its CM/ECF electronic filing system, thereby serving a copy on all parties of record.

/s/ Erin K. Russell