UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL DUFFY, | ) | Case No. 1:13-cv-01569 |
| | ) | Honorable John W. Darrah |
| Plaintiff, | ) | Removed from: |
| | ) | Circuit Court of Cook County, IL |
| v. | ) | No. 13-L-001656 |
| | ) | |
| PAUL GODFREAD, ALAN COOPER, | ) | Consolidated with: |
| | ) | *Prenda Law v. Godfread, et al,* |
| | ) | No. 1:13- cv-04341 (N.D. Ill.) |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PAUL GODFREAD AND ALAN COOPER, | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | Honorable John W. Darrah |
| v. | ) | |
| | ) | |
| PRENDA LAW, INC. AND PAUL DUFFY, | ) | |
| | ) | |
| Counter-Defendants. | | |

<u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Thursday, September 4, 2014, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in Courtroom 1203 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Counter-Plaintiffs' Motion for Entry of Default.

        Respectfully submitted,

        /s/ Erin Kathryn Russell

The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60611
T: 312-994-2424
F: 312-706-7966
erin@russellgroupchicago.com
ARDC # 6287255

<u>CERTIFICATE OF SERVICE</u>

 The undersigned certifies that on August 26, 2014, she caused the foregoing to be filed with the Court via the CM/ECF electronic filing system, thereby serving all parties of record.

        /s/ Erin Kathryn Russell