**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAUL DUFFY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-cv-1569 |
| | ) | |
| | ) | Consolidated with: |
| | ) | |
| | ) | Case No. 13-cv-4341 |
| | ) | |
| | ) | Judge: Honorable John W. Darrah |
| PAUL GODFREAD, ALAN COOPER, and | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF MOTION TO DISMISS
SECOND AMENDED COUNTERCLAIM**

PLEASE TAKE NOTICE that on September 24, 2014 at 9:30 a.m., the undersigned shall appear before the Honorable United States Judge John W. Darrah at 219 South Dearborn Street, Chicago, IL and shall there and then present the Motion To Dismiss Second Amended Counterclaim, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

PRENDA LAW, INC. and PAUL DUFFY

By: /s/ Paul. Duffy
        One of their attorneys

Paul A. Duffy
321 N. Clark Street, 5th Floor
Chicago, IL 60654
Telephone: (312) 952-6136
E-mail: pduffy@pduffygroup.com
Dated: September 11, 2014

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on September 11, 2014, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

<u>/s/ Paul Duffy           </u>
Paul Duffy