**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Paul Duffy, et al.
                              Plaintiff,

v.                                              Case No.: 1:13−cv−01569
                                                Honorable John W. Darrah

Paul Godfread, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2014:

    MINUTE entry before the Honorable John W. Darrah: Status hearing and ruling on motion hearing held. Defendants' motion for default denied without prejudice with leave to re−file [53]. Plaintiff's response to the second amended counterclaim to be filed by 9/11/14. Status hearing set for 9/18/14 at 9:30 a.m. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.