# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: John W. Darrah |
|  | ) |  |
| Paul Godfread et al | ) |  |
|  | ) |  |

## ORDER

Status hearing held. Plaintiff's motion to dismiss the second amended counterclaim [56] is entered and briefed as follows: response by 10/17/14, reply by 10/31/14. Status hearing/ruling is set for 1/15/15 at 9:30 a.m. Defendants' motion for contempt [60] is entered and briefed as follows: response by 10/17/14, reply by 10/31/14. Status hearing/ruling is set for 1/15/15 at 9:30 a.m.

(T:) 00:05

Date: 9/18/14 /s/ Judge John W. Darrah