IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PRENDA LAW, INC.,

    Plaintiff,

v.

GODFREAD, et al.,

    Defendants.

Case No. 13-cv-4341

Honorable Judge John W. Darrah

## DECLARATION OF PAUL DUFFY

Pursuant to 28 U.S.C. § 1746, I, Paul Duffy, declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18, I have personal knowledge of the facts stated herein and I am prepared to testify thereto.

2. I was formerly an officer of Prenda Law Inc. ("Prenda"). As set forth in Illinois Secretary of State Records, Prenda was formed on or about November 7, 2011, and voluntarily dissolved on July 26, 2013. (*See* Illinois Secretary of State Corporation File Detail Report, http://www.ilsos.gov/corporatellc/CorporateLlcControll).

3. Prenda discontinued operations well before July 26, 2013 and no authorized representative of it has actively represented any clients in any action commenced since then.

4. I previously directed that any and all bank and/or checking accounts that I caused to be opened for Prenda to be closed. I believe that all such accounts are closed. I have received no correspondence from any bank suggesting that any such account remains open.

1

5. To the best of my knowledge, Prenda does not have any liquid assets.

6. Prenda has an interest in the proceeds, if any, of the lawsuit captioned above. Prenda is willing to assign those proceeds in the amount of the June 12, 2014 sanctions in this matter to Defendants.

7. Prenda may undertake litigation against other entities for damages caused to Prenda. Prenda is willing to assign proceeds, if any, from such litigation to Defendants in the amount of the June 12, 2014 sanction to Defendants.

8. Prenda initiated this litigation to seek the recovery of damages from Defendants for defamatory statements that they made relating to Prenda. As a direct consequence of those defamatory statements, Prenda was unable to continue operating, ceased operations and voluntarily dissolved in July 2013.

s/ Paul Duffy