```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION


PAUL DUFFY,                        )
                                   )
                 Plaintiff,        )
                                   )
                                   )
   -vs-                            )  Case No. 13 C 1569
                                   )
                                   )  Chicago, Illinois
PAUL GODFREAD, ALAN COOPER and     )  May 8, 2014
JOHN DOES 1-10,                    )  9:30 o'clock a.m.
                                   )
                 Defendants.       )


             TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE JOHN W. DARRAH

APPEARANCES:

For the Plaintiff:     MR. PAUL A. DUFFY
                       2 North LaSalle Street
                       Chicago, Illinois 60602

For the Defendants:    THE RUSSELL FIRM
                       BY:  MS. ERIN KATHRYN RUSSELL
                       233 South Wacker Drive
                       84th Floor
                       Chicago, Illinois 60606
```

Mary M. Hacker, CSR, FCRR
Official Court Reporter
United States District Court
219 South Dearborn Street, Suite 1212
Chicago, Illinois  60604
Telephone:  (312) 435-5564

```
 1            (Proceedings had in open court:)
 2            THE CLERK:  13 C 1569, Duffy versus Godfread.
 3            MS. RUSSELL:  Good morning, your Honor.  Erin
 4   Russell for defendants Godfread and Cooper.
 5            THE COURT:  Good morning, Ms. Russell.
 6            MR. DUFFY:  Good morning, your Honor.  Paul Duffy
 7   on behalf of the plaintiff.
 8            THE COURT:  Good morning, Mr. Duffy.
 9            MR. DUFFY:  Good morning.
10            THE COURT:  On March 5th the counterclaim --
11   defendant's counterclaim was stricken and leave was granted
12   to re-file within 30 days.  No counterclaim was re-filed, I
13   take it?
14            MS. RUSSELL:  They were re-filed, your Honor.
15            THE COURT:  Before April 4th?
16            MS. RUSSELL:  Yes.  And I don't have the date with
17   me, unfortunately.
18            THE COURT:  But you're sure they were?
19            MS. RUSSELL:  I am certain.  I did it myself, your
20   Honor.
21            THE COURT:  Then I'm in error.
22            What's the overall status of the case?
23            MR. DUFFY:  Your Honor, I would like to -- this is
24   -- this will be the third -- or second amended counterclaim.
25   I would like to have an opportunity to move to dismiss it.
```

```
 1    First, to --
 2              THE COURT:  All right.  How much time do you need
 3    to file --
 4              MR. DUFFY:  May I have 14 days, please?
 5              THE COURT:  Certainly.
 6              THE CLERK:  May 23rd.
 7              THE COURT:  Response, Ms. Russell?
 8              MS. RUSSELL:  14 days?
 9              THE COURT:  14 days.
10              THE CLERK:  June 6th.
11              THE COURT:  Seven days to reply?
12              MR. DUFFY:  Yes, your Honor.
13              THE COURT:  Okay.
14              Mel?
15              THE CLERK:  June 13th.
16              THE COURT:  And a status date.
17              MS. RUSSELL:  Your Honor, there is one more --
18              THE COURT:  Let's get a status date.
19              MS. RUSSELL:  Okay.
20              THE CLERK:  August 20th at 9:30.
21              THE COURT:  Okay.
22              MS. RUSSELL:  Your Honor, we previously filed a
23    motion to dismiss pursuant to the Minnesota Anti-SLAPP
24    statute.  You ruled on that motion in August of last year.
25    We are intending to file either a motion for reconsideration
```

1  or probably more likely a renewed motion.  And I just wanted
2  to make you aware of that --
3           THE COURT:  You can do whatever you want, Counsel.
4           MS. RUSSELL:  We don't need to set any time for
5  that now?  We can just file --
6           THE COURT:  You would notice it up just as you
7  would any other motion.
8           MS. RUSSELL:  Okay.
9           MR. DUFFY:  Thank you, your Honor.
10          MS. RUSSELL:  Thank you, your Honor.
11          THE COURT:  You're welcome.
12      (Which were all the proceedings heard.)
13                          CERTIFICATE
14      I certify that the foregoing is a correct transcript
15  from the record of proceedings in the above-entitled matter.
16
17     /s/ **Mary M. Hacker**                    *September 4, 2014*
18     _____       _____
       Mary M. Hacker                    Date
19     Official Court Reporter
20
21
22
23
24
25