```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION


 PAUL DUFFY,                          )
                                      )
              Plaintiff,              )
                                      )
                                      )
 -vs-                                 )  Case No. 13 C 1569
                                      )
                                      )  Chicago, Illinois
 PAUL GODFREAD, ALAN COOPER and       )  August 27, 2014
 JOHN DOES 1-10,                      )  9:30 o'clock a.m.
                                      )
              Defendants.             )


            TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JOHN W. DARRAH

APPEARANCES:

For the Plaintiff:      MR. PAUL A. DUFFY
                        2 North LaSalle Street
                        Chicago, Illinois 60602

For the Defendants:     THE RUSSELL FIRM
                        BY:  MS. ERIN KATHRYN RUSSELL
                        233 South Wacker Drive
                        84th Floor
                        Chicago, Illinois 60606
```

Mary M. Hacker, CSR, FCRR
Official Court Reporter
United States District Court
219 South Dearborn Street, Suite 1212
Chicago, Illinois  60604
Telephone:  (312) 435-5564

1    (Proceedings had in open court:)
2       THE CLERK:  13 C 1569, Duffy versus Godfread, with
3    related case 13 C 4341, Prenda Law versus Godfread.
4       MS. RUSSELL:  Good morning, your Honor.  Erin
5    Russell for Paul Godfread and Alan Cooper.
6       THE COURT:  Good morning, Ms. Russell.
7       MR. DUFFY:  Good morning, your Honor.  Paul Duffy
8    for the plaintiffs.
9       THE COURT:  Good morning, Mr. Duffy.
10      MR. DUFFY:  Good morning.
11      THE COURT:  Now, this is the case that sanctions
12   were awarded back in June in the sum of 11-plus thousand
13   dollars.  What's the status of that?
14      MR. DUFFY:  It was awarded against Prenda Law,
15   Inc., which is not paid yet.  It's attempting to acquire the
16   resources to pay it.
17      THE COURT:  I see.
18      MR. DUFFY:  I would like an opportunity to present,
19   if I may, a motion to the Court based on --
20      THE COURT:  You what?
21      MR. DUFFY:  I would like an opportunity to present
22   a motion to the Court on behalf of that entity regarding its
23   ability to pay, if I may.
24      THE COURT:  Do you have a motion now?
25      MR. DUFFY:  No.  I can file it this week, by

1  Friday.
2          THE COURT:  All right.  Well, that's --
3          MS. RUSSELL:  Your Honor --
4          THE COURT:  -- two days from now.
5          MS. RUSSELL:  Your Honor, I would have to review
6  the order again, but I believe the memorandum opinion awards
7  the sanctions against Prenda and Mr. Duffy.
8          THE COURT:  I'm not certain at this point but --
9          MS. RUSSELL:  I understand --
10         THE COURT:  -- you can file whatever you want.  You
11  can file it by Friday --
12         MR. DUFFY:  Yes.
13         THE COURT:  -- and you can file a response.
14         MS. RUSSELL:  I will definitely do that.
15         THE COURT:  And Rule 11 is what Rule 11 is.  If you
16  file something that is not in compliance with Rule 11
17  factually, that could lead to additional sanctions, Mr.
18  Duffy.
19         MR. DUFFY:  I understand, your Honor.
20         THE COURT:  Okay.
21         MR. DUFFY:  Counsel yesterday filed a motion for
22  default in the 15 -- I believe the 15th --
23         THE COURT:  I don't have that before me.  When is
24  that up?
25         MS. RUSSELL:  It's noticed up for September 4th,

1  your Honor.
2              THE COURT:  Good.  Well, we'll address it then.
3              How much time do you want to file a response to
4  whatever Mr. Duffy wants to file?
5              MS. RUSSELL:  It's hard to tell.  I would like --
6              THE COURT:  Say 14 days?
7              MS. RUSSELL:  I guess 14 days is okay.  If we think
8  we need more time when we see it, I'll --
9              THE COURT:  Whatever time you think you need.
10             MS. RUSSELL:  Let's do 21, and if we can do it
11 quicker, we will.
12             THE COURT:  Okay.  That has never in my career ever
13 happened, where a lawyer ever gets anything done sooner
14 than --
15          (Laughter.)
16             THE COURT:  My own career included, I would say.
17             Okay.  So you'll file a response within 21 days of
18 Friday.
19             Mel?
20             THE CLERK:  September 19th.
21             THE COURT:  And we'll give you an opportunity to
22 file a reply, Mr. Duffy.
23             MR. DUFFY:  That's the --
24             THE COURT:  I'm sorry?
25             MR. DUFFY:  14 days, please?

1    THE COURT:  14 days.
2    THE CLERK:  October 3rd.
3    THE COURT:  And a status date, Mel.
4    THE CLERK:  December 4th at 9:30.
5    MR. DUFFY:  Thank you, your Honor.
6    THE COURT:  See you then.
7    MS. RUSSELL:  Thank you, your Honor.
8    (Which were all the proceedings heard.)
9                    CERTIFICATE
10     I certify that the foregoing is a correct transcript
11   from the record of proceedings in the above-entitled matter.
12
13     /s/ *Mary M. Hacker*                    *September 23, 2014*
14   _____        _____
     Mary M. Hacker                  Date
15   Official Court Reporter
16
17
18
19
20
21
22
23
24
25