**UNITED STATES DISTRICT COURT FOR**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PRENDA LAW, INC. and PAUL DUFFY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PAUL GODFREAD, ALAN COOPER ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) <br> _____) <br> PAUL GODFREAD and ALAN COOPER, ) <br> ) <br> Counterclaimants, ) <br> ) <br> v. ) <br> ) <br> PRENDA LAW, INC. and PAUL DUFFY, ) <br> ) <br> Counterdefendants. ) <br> _____) | Case No. 13-cv-1569-JWD <br><br> Removed from: <br> No. 13-L-001656 (Cir. of Cook Cty.) <br><br> Consolidated with: <br> No. 13-cv-00207-DRH (S.D. Ill.) <br> No. 13-cv-04341-JWD (N.D. Ill.) |

**NOTICE OF MOTIONS**

PLEASE TAKE NOTICE that on Thursday, November 6, 2014, at 9:30 a.m., or as soon thereafter as she may be heard, Erin K. Russell shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in Courtroom 1203 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present their Renewed Motion to Dismiss Pursuant to the Minnesota Anti-SLAPP Act and Motion for a Finding of Joint & Several Liability.

Dated: October 30, 2014

Respectfully submitted,

/s/ Jason E. Sweet
Booth Sweet, LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
jsweet@boothsweet.com
BBO # 668596

/s/ Erin K. Russell
The Russell Firm
233 South Wacker Drive, 84th Floor

Chicago, IL 60607
T: (312) 994-2424
F: (312) 706-9766
erin@russellfirmchicago.com
ARDC # 6287255

Counsel for Defendants Paul Godfread and Alan Cooper

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2014, he caused the foregoing to be filed with the Court via its CM/ECF electronic filing system, thereby serving a copy on all parties of record.

/s/ Jason E. Sweet