# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| | ) | |
| Paul Godfread et al | ) | |
| | ) | |

## ORDER

In court hearing held. Plaintiff's motion to impose liabilities [66] and defendants' renewed motion to dismiss [67] is entered and briefed as follows: response by 12/1/14, reply by 12/15/14. In court hearing/ruling set for 2/17/15 at 9:30 a.m.

(T:) 00:05

Date: 11/6/14 /s/ Judge John W. Darrah