# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Paul Duffy, et al.
                         Plaintiff,

v.                                              Case No.: 1:13−cv−01569
                                                   Honorable John W. Darrah

Paul Godfread, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2014:

      MINUTE entry before the Honorable John W. Darrah: The Court's 11/6/14 order is amended as follows: Defendants' motion to impose liabilities [66] and renewed motion to dismiss [67] are entered and briefed as follows: response by 12/1/14, reply by 12/15/14. In court hearing/ruling set for 2/17/15 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.