# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: John W. Darrah |
| Paul Godfread et al | ) |  |
|  | ) |  |

# **ORDER**

Status hearing held. For the reasons stated in the attached memorandum opinion and order, Counter-Defendants' Motion to Dismiss [56] is denied. Enter Memorandum Opinion and Order. In Status hearing set for 2/12/15 at 9:30 a.m.

(T:) 00:05

Date: 1/22/15 /s/ Judge John W. Darrah