**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAul DUFFY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-cv-1569 |
| ) | |
| ) | Consolidated with: |
| ) | |
| ) | Case No. 13-cv-4342 |
| ) | |
| ) | Judge: Honorable John W. Darrah |
| PAUL GODFREAD, ALAN COOPER, and ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' CONSOLIDATED MOTION FOR EXTENSION OF TIME, AND
MOTION TO FILE FINANCIAL STATEMENT UNDER SEAL**

Plaintiffs/Counterdefendants PRENDA LAW, INC. and DUFFY, respectfully request that the Court grant them an additional seven (7) days to file a statement of financial condition and/or obtain funds to pay the sanction imposed by the Court.

1. The Court ordered Plaintiffs to provide a statement of financial condition and other information in its Orders dated on or about January 22, 2015.

2. In the intervening time period, Plaintiffs have attempted to borrow, or to secure payments on accounts receivable for other matters, to secure the funds to satisfy the sanction to which Duffy was named on or about January 22, 2015. Furthermore, Plaintiffs have sought to obtain financial information, prepared by a certified public accountant, as the Court ordered. Furthermore, counsel has been unable to access his office due to an ongoing landlord/tenant dispute.

3. Plaintiffs have been able to secure financial information from a certified public accountant. Plaintiffs respectfully request that the Court grant them leave to file the information under seal with the Court, in order to prevent the use of such information from harassing Plaintiffs and/or the certified public accountant, through the dissemination of such information on the internet, and for purposes other than what the Court has requested.

4. Plaintiffs previously set forth a declaration to demonstrate that Prenda does not have a present ability to pay. Plaintiffs would like to supplement this information with further information, under seal, to further support this.

For the reasons stated in the Motion, Plaintiffs respectfully request that the Court grant an additional seven (7) days for them to procure the funds to satisfy the sanction that the Court imposed; grant them leave to file financial information requested under seal; and any and all further relief appropriate under the circumstances.

        Respectfully submitted,

        PRENDA LAW, INC. and PAUL DUFFY

        By: /s/ Paul. Duffy
            One of their attorneys

Paul A. Duffy
321 N. Clark Street, 5th Floor
Chicago, IL 60654
Telephone: (312) 952-6136
E-mail: pduffy@pduffygroup.com
Dated: February 12, 2015

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 12, 2015, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul Duffy
Paul Duffy