IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Paul Godfread et al | ) | |
| | ) | |

## ORDER

Status hearing and ruling on motion hearing held. Plaintiff's Motion to Impose Joint and Several Liability [66]: Plaintiff has waived filing a reply. Status hearing/ruling set for February 17, 2015 is re-set to April 9, 2015 at 9:30 a.m. Defendant's Renewed Motion to Dismiss Pursuant to the Minnesota Anti-SLAPP Statute [67]: response due by 2/19/15 and reply due by 2/26/16. Status hearing/ruling set for February 17, 2015 is re-set to April 9, 2015 at 9:30 a.m. Plaintiff's Consolidated Motion for Extension of Time and Motion to File Financial Statement Under Seal [77] is granted in part and denied in part. Plaintiff shall satisfy the sanctions that the Court imposed and file the requested financial information by February 19, 2015. Plaintiff is granted leave to file the requested financial information under seal.

(T:) 00:05

Date:  2/12/15                                                                                  /s/ Judge John W. Darrah