### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: John W. Darrah |
| Paul Godfread et al | ) |  |
|  | ) |  |

### ORDER

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, For the reasons discussed above, Defendants' Renewed Motion to Dismiss [67] is granted. Defendants' Motion to Dismiss is granted with prejudice for all counts as to Defendants Godfread and Cooper. Defendants' Motion to Dismiss is granted without prejudice for all counts as to John Does 1-10. Plaintiffs are granted leave to amend their Complaint, if they can do so pursuant to Rule 11, within thirty days of this Order. Status hearing set for 4/28/15 at 9:30 a.m. All counsel of record are ordered to be present.

(T:) 00:05

Date: 4/9/15 /s/ Judge John W. Darrah