# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Paul Duffy, et al.

                        Plaintiff,

v.                                                       Case No.: 1:13−cv−01569
                                                         Honorable John W. Darrah

Paul Duffy, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2015:

      MINUTE entry before the Honorable John W. Darrah: Status hearing held. Defendants' memo on damages pursuant to the Minnesota Anti − Slapp to be filed on 5/20/15, response by 6/10/15, reply by 6/24/15. Status hearing/ruling is set for 8/20/15 at 9:30 a.m. In court hearing set for 6/9/15 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.