IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL DUFFY, *et al*, | ) | Case No. 1:13-cv-01569 |
| | ) | |
| | ) | Removed from: |
| Plaintiffs, | ) | |
| | ) | The Circuit Court of Cook County, IL |
| v. | ) | Case No. 13-L-001656 |
| | ) | |
| PAUL GODFREAD, ALAN COOPER | ) | Consolidated with 1:13-cv-04341 |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR EXTENSION OF TIME

NOW COME Defendants Paul Godfread and Alan Cooper, by and through counsel, and pursuant to Federal Rule of Civil Procedure 6(b) respectfully move this Court for an extension of time to file their Minnesota Anti-SLAPP Act Damages Memorandum, and in support thereof state as follows:

1. Defendant's memorandum was to be filed by May 20, 2015.

2. Defendants experienced a brief delay due to an error in docketing, and filed their memorandum on May 21, 2015. They respectfully request that the deadline for filing be extended through May 21, 2015, and that their filing be deemed timely.

3. This extension of time is not being sought for the purpose of delay or frustration of the progress of this matter.

4. The requested extension will not adversely affect the remainder of the schedule for this matter.

5. This extension will not unduly burden any of the parties.

6. Defendant has no objection to the Court granting an extension of time for Plaintiff's response to match the extension being requested herein.

WHEREFORE, Defendants Paul Godfread and Alan Cooper respectfully request that this Court grant their Motion for Extension of Time and extend the deadline for the filing of Defendants' Minnesota Anti-SLAPP Damages Memorandum through Thursday, May 21, 2015, with leave for Plaintiff to respond by June 11, 2015, and Defendants to reply by June 25, 2015.

Respectfully submitted,

/s/ Erin K. Russell

The Russell Firm, LLC
233 S. Wacker Drive
84th Floor
Chicago, IL 60606
T: 312-994-2424
F: 312-706-9766
erin@russellfirmchicago.com
ARDC# 6287255

## CERTIFICATE OF SERVICE

This is to certify that on May 21, 2015, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell