UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAUL DUFFY, *et al.*,         )
                            )
            Plaintiff,    )
                            )   Case No. 13-cv-1569
                  v.    )
                            )   Judge John W. Darrah
PAUL GODFREAD, *et al.*,    )
                            )
           Defendants.   )

## **ORDER**

Defendants' Motion for Extension of Time [84] is granted.   Defendants' Minnesota Anti-SLAPP Act Damages Memorandum [83] is considered timely filed.   The briefing schedule is amended as follows:   Plaintiffs' response shall be filed by May 22, 2015 and Defendants' reply shall be filed by June 25, 2015.   No appearances necessary on June 2, 2015. All other dates remain as scheduled.


Date:   5/27/2015                          /s/ John W. Darrah