**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Paul Duffy, et al.
                    Plaintiff,

v.                                Case No.: 1:13–cv–01569
                                          Honorable John W. Darrah

Paul Duffy, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2015:

      MINUTE entry before the Honorable John W. Darrah: The Court's 5/27/15 order is amended as follows: Plaintiff's response should be filed by June 11, 2015; Defendants reply shall be filed by June 25, 2015. No appearances necessary on June 2, 2015. All other dates remain as scheduled. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.