IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Paul Godfread et al | ) | |
| | ) | |

## ORDER

Status hearing held and continued to 9/30/15 at 9:30 a.m. For the reasons stated in the attached memorandum opinion and order, For the reasons provided above, Defendants are awarded reasonable attorney's fees and costs for the entirety of this lawsuit. Defendants, within thirty days, shall submit a petition for itemized attorney's fees and costs incurred, excluding those previously awarded; a statement of actual damages; and a statement of punitive damages related to this action, pursuant to the statutory factors listed above. Enter Memorandum Opinion and Order.

(T:) 00:05

Date:  8/20/15                                                    /s/ Judge John W. Darrah