UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL DUFFY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PAUL GODFREAD, ALAN COOPER, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | Case No. 1:13-cv-1569 |
| _____ | ) ) | |
| PAUL GODFREAD and ALAN COOPER, | ) ) ) | |
| Counter-Plaintiffs, | ) ) | Honorable John W. Darrah |
| v. | ) ) | |
| PRENDA LAW, INC. and PAUL DUFFY, | ) ) ) | |
| Counter-Defendants. | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, September 30, 2015 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in Courtroom 1203 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Defendants' Motion for Extension of Time.

Respectfully submitted,

/s/ Erin K. Russell

The Russell Firm, LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60611
T: 312-994-2424
F: 312-706-7966
erin@russellgroupchicago.com
ARDC # 6287255

CERTIFICATE OF SERVICE

 The undersigned certifies that on September 28, 2015, she caused the foregoing to be filed with the Court via the CM/ECF electronic filing system, thereby serving all parties of record.

            /s/ Erin K. Russell