The Russell Firm, LLC
233 S. Wacker Drive
84th Floor
Chicago IL  60606

| | | | |
|---|---|---|---|
| Paul Godfread | Invoice # | | 0000138 |
| | Invoice Date | | September 29, 2015 |
| | **Balance Due (USD)** | | **$51,870.91** |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| Time | [02/28/13] Erin Russell: Draft and file Notice of Removal from Circuit Court of Cook County. | 400.00 | 0.9 | 360.00 |
| Time | [02/28/13] Erin Russell: Draft Motion to Correct Notice of Removal with exhibits. | 400.00 | 0.5 | 200.00 |
| Time | [03/01/13] Erin Russell: Received and reviewed email from Paul Duffy re: alleged amended complaint. | 400.00 | 0.1 | 40.00 |
| Time | [03/01/13] Erin Russell: Email to Paul Duffy requesting copy of purported amended St. Clair County complaint. | 400.00 | 0.1 | 40.00 |
| Time | [03/01/13] Erin Russell: Reviewed St. Clair County Court docket re: alleged amended complaint | 400.00 | 0.3 | 120.00 |
| Time | [03/01/13] Erin Russell: Telephone conference with P. Godfread re: alleged amended complaint | 400.00 | 0.6 | 240.00 |
| Time | [03/01/13] Erin Russell: Telephone conference with A. Cooper re: alleged amended complaint | 400.00 | 0.2 | 80.00 |
| Time | [03/01/13] Erin Russell: Review, edit and file Notice of Removal with exhibits. | 400.00 | 0.7 | 280.00 |
| Time | [03/02/13] Erin Russell: Telephone conference with P. Godfread re: alleged amended complaint | 400.00 | 0.3 | 120.00 |
| Time | [03/11/13] Erin Russell: Telephone conference with J. Sweet and P. Godfread re: allegations contained in Plaintiff's Motion to Remand | 400.00 | 1.1 | 440.00 |
| Time | [03/21/13] Erin Russell: Draft Answer to Complaint and Counterclaims; | 400.00 | 2.7 | 1,080.00 |
| Time | [03/21/13] Erin Russell: Review minute entry by | 400.00 | 0.1 | 40.00 |

| | | | | |
|---|---|---|---|---|
| | Judge Darrah setting for status. Advise client via email. | | | |
| Time | [03/25/13] Erin Russell: Review minute order issued by Judge Darrah - draft email to client and Jason Sweet re: April status hearing. | 400.00 | 0.1 | 40.00 |
| Time | [04/10/13] Erin Russell: Received and reviewed Plaintiff's Motion to Remand to St. Clair County | 400.00 | 1 | 400.00 |
| Time | [04/10/13] Erin Russell: Telephone conference with P. Godfread re: Motion to Remand | 400.00 | 0.5 | 200.00 |
| Time | [04/10/13] Erin Russell: Confer with A. Cooper. | 400.00 | 0.3 | 120.00 |
| Time | [04/11/13] Erin Russell: Review Motion to Dismiss and Motion to Strike filed by Paul Duffy. | 400.00 | 1.1 | 440.00 |
| Time | [04/11/13] Erin Russell: Telephone conference with Jason Sweet re: Motion to Dismiss and Motion to Strike. | 400.00 | 0.3 | 120.00 |
| Time | [04/12/13] Erin Russell: Investigate circumstances surrounding filing of alleged amended complaint in St. Clair County (telephone calls to clerk's office and local counsel). | 400.00 | 1.2 | 480.00 |
| Time | [04/15/13] Erin Russell: Listen to voice mail left for P. Godfread by J. Steele and arrange for preparation of transcript. | 400.00 | 1 | 400.00 |
| Time | [04/16/13] Erin Russell: Research: Illinois law governing filing of amended complaints in removed cases. | 400.00 | 1.7 | 680.00 |
| Time | [04/16/13] Erin Russell: Draft Notice of Motion to accompany Anti-SLAPP Motion to Dismiss. | 400.00 | 0.1 | 40.00 |
| Time | [04/16/13] Erin Russell: Review and edit Motion to Dismiss pursuant to Minnesota Anti-SLAPP Act. | 400.00 | 0.5 | 200.00 |
| Time | [04/17/13] Erin Russell: Draft facts section for Response to Motion for Remand. | 400.00 | 1.4 | 560.00 |
| Time | [04/17/13] Erin Russell: Research: amended complaints, service and removal. | 400.00 | 1.9 | 760.00 |
| Time | [04/18/13] Erin Russell: Research: deadline for filing of motion to remand. | 400.00 | 1.1 | 440.00 |
| Time | [04/18/13] Erin Russell: Research effect of alleged amended complaint on diversity jurisdiction. | 400.00 | 1.8 | 720.00 |
| Time | [04/22/13] Erin Russell: Draft Motion to Stay Discovery pending resolution of Defendants' Anti-SLAPP Motion to Dismiss. | 400.00 | 2.1 | 840.00 |

| | | | | |
|---|---|---|---|---|
| Time | [04/22/13] Erin Russell: Draft Notice of Motion for Motion to Stay. | 400.00 | 0.1 | 40.00 |
| Time | [04/23/13] Erin Russell: Travel to court for status hearing before Judge Darrah. | 400.00 | 0.7 | 280.00 |
| Time | [04/23/13] Erin Russell: Attend status hearing before Judge Darrah. Briefing schedule set for cross Motions to Dismiss and Motion to Strike Counterclaims. | 400.00 | 1.5 | 600.00 |
| Time | [04/23/13] Erin Russell: Email Jason Sweet and Paul Godfread re: briefing schedule. Godfread to update Cooper. | 400.00 | 0.2 | 80.00 |
| Time | [04/23/13] Erin Russell: Telephone conference with Jason Sweet regarding pending motions and allocation of responsibility in drafting responses. | 400.00 | 0.6 | 240.00 |
| Time | [04/23/13] Erin Russell: Travel from court. | 400.00 | 0.6 | 240.00 |
| Time | [05/06/13] Erin Russell: Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 2.7 | 1,080.00 |
| Time | [05/06/13] Erin Russell: Confer with Laura Beasley re: affidavit of Judy Kent. | 400.00 | 0.3 | 120.00 |
| Time | [05/07/13] Erin Russell: Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 3.1 | 1,240.00 |
| Time | [05/07/13] Erin Russell: Review finalized, signed affidavit of Judy Kent. | 400.00 | 0.2 | 80.00 |
| Time | [05/07/13] Erin Russell: Confer with J. Sweet and P. Godfread re: Kent affidavit. | 400.00 | 0.4 | 160.00 |
| Time | [05/08/13] Erin Russell: Review affidavit of Judy Kent. | 400.00 | 0.3 | 120.00 |
| Time | [05/09/13] Erin Russell: Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 1.6 | 640.00 |
| Time | [05/10/13] Erin Russell: Final edit of Response in Opposition to Motion to Remand and review of exhibits. | 400.00 | 1.5 | 600.00 |
| General | [05/14/2013] Erin Russell: Travel from federal courthouse. | 400.00 | 0.5 | 200.00 |
| Time | [05/15/13] Erin Russell: Review Duffy Memorandum in Opposition to Defendants' Motion to Dismiss. Telephone conference with Jason Sweet. | 400.00 | 0.9 | 360.00 |
| Time | [06/06/13] Erin Russell: Review and Discuss Order from Judge Herndon denying Motion to Remand with J. Sweet and P. Godfread. | 400.00 | 0.8 | 320.00 |
| Time | [06/11/13] Erin Russell: Research and draft Motion to Reassign case ending 4341 to Judge | 400.00 | 1.1 | 440.00 |

| | | | | |
|---|---|---|---|---|
| | Darrah and Motion to Consolidate. | | | |
| Time | [06/11/13] Erin Russell: Draft Notice of Motion for Motion to Transfer and Motion to Consolidate. | 400.00 | 0.1 | 40.00 |
| Time | [06/19/13] Erin Russell: Travel to federal courthouse for scheduled status hearing. | 400.00 | 0.8 | 320.00 |
| Time | [06/19/13] Erin Russell: Attend status hearing before Judge Darrah. Late arrival. Hearing re-set. | 400.00 | 0.4 | 160.00 |
| Time | [06/25/13] Erin Russell: Appear for status hearing before Judge Darrah. | 400.00 | 1.1 | 440.00 |
| Time | [06/25/13] Erin Russell: Travel to federal courthouse for status hearing before Judge Darrah. | 400.00 | 0.7 | 280.00 |
| Time | [06/25/13] Erin Russell: Draft email to Paul Duffy re: position on opposition to transfer and consolidation. | 400.00 | 0.1 | 40.00 |
| Time | [08/06/13] Erin Russell: Confer with P. Godfread. | 400.00 | 0.3 | 120.00 |
| Time | [08/12/13] Erin Russell: Review Plaintiff's Renewed Motion to Remand and discuss with J. Sweet and P. Godfread. | 400.00 | 1.5 | 600.00 |
| General | [08/14/2013] Erin Russell: Travel to federal courthouse. | 400.00 | 0.5 | 200.00 |
| Time | [08/14/13] Erin Russell: Appear for hearing on Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction before Judge Darrah. | 400.00 | 1.2 | 480.00 |
| Time | [08/14/13] Erin Russell: Review Plaintiff's Motion to Withdraw Renewed Motion to Remand and discuss with J. Sweet and P. Godfread. | 400.00 | 0.5 | 200.00 |
| Time | [08/14/13] Erin Russell: Telephone conference with J. Sweet and P. Godfread re: outcome of hearing before Judge Darrah. | 400.00 | 0.9 | 360.00 |
| General | [08/14/2013] Erin Russell: Travel from federal courthouse. | 400.00 | 0.7 | 280.00 |
| Time | [08/14/13] Erin Russell: Review memorandum opinion issued by Judge Darrah. | 400.00 | 0.9 | 360.00 |
| Time | [08/16/13] Erin Russell: Draft and edit Response to Plaintiff's Renewed Motion to Remand. | 400.00 | 2.4 | 960.00 |
| Time | [08/16/13] Erin Russell: Confer with P. Godfread. | 400.00 | 0.2 | 80.00 |

| | | | | |
|---|---|---|---|---|
| Time | [08/19/13] Erin Russell: Review and prepare exhibits to accompany Response to Plaintiff's Renewed Motion to Remand. | 400.00 | 0.9 | 360.00 |
| Time | [08/19/13] Erin Russell: Draft and edit Response to Motion to Remand. | 400.00 | 1.5 | 600.00 |
| Time | [08/20/13] Erin Russell: Final review of exhibits and edit of Response in Opposition to Renewed Motion to Remand. | 400.00 | 0.9 | 360.00 |
| Time | [08/20/13] Erin Russell: Attend status hearing and hearing on Plaintiff's Motion to Withdraw Renewed Motion to Remand before Judge Darrah. | 400.00 | 1.2 | 480.00 |
| Time | [08/20/13] Erin Russell: Confer with J. Sweet and P. Godfread re: hearing before Judge Darrah. | 400.00 | 0.3 | 120.00 |
| Time | [08/22/13] Erin Russell: Review transcripts of proceedings in preparation to file Rule 11 motion. | 400.00 | 0.5 | 200.00 |
| Time | [09/04/13] Erin Russell: Draft Motion for Extension of Time to File Rule 11 Motion, and Notice of Motion. | 400.00 | 0.5 | 200.00 |
| Time | [09/09/13] Erin Russell: Draft Motion for Sanctions and review related exhibits. | 400.00 | 4.3 | 1,720.00 |
| Time | [09/10/13] Erin Russell: Attend status hearing re: Motion for Sanctions. | 400.00 | 1.1 | 440.00 |
| Time | [09/10/13] Erin Russell: Confer with J. Sweet and P. Godfread. | 400.00 | 0.3 | 120.00 |
| Time | [09/13/13] Erin Russell: Draft Amended Counterclaim. | 400.00 | 2.6 | 1,040.00 |
| Time | [09/13/13] Erin Russell: Telephone conference with Jason Sweet re: amended counterclaims. | 400.00 | 1.4 | 560.00 |
| Time | [09/16/13] Erin Russell: Draft and file Amended Counterclaim. | 400.00 | 2.1 | 840.00 |
| Time | [09/24/13] Erin Russell: Telephone conference with Jason Sweet re: counterclaim issues and sanctions issues. | 400.00 | 1.7 | 680.00 |
| Time | [09/30/13] Erin Russell: Review Motion for Extension filed by Duffy. | 400.00 | 0.2 | 80.00 |
| Time | [10/07/13] Erin Russell: Draft and edit Reply in Support of Motion for Sanctions. | 400.00 | 2.3 | 920.00 |
| Time | [10/07/13] Erin Russell: Research General Order of Court pertaining to consent to service of process for Reply in Support of Motion for Sanctions. | 400.00 | 0.4 | 160.00 |

| | | | | |
|---|---|---|---|---|
| Time | [10/08/13] Erin Russell: Travel to federal courthouse. | 400.00 | 0.7 | 280.00 |
| Time | [10/08/13] Erin Russell: Attend status hearing. Telephone conference regarding outcome of hearing with Jason Sweet and Paul Godfread. Godfread to advise Cooper. | 400.00 | 1.8 | 720.00 |
| Time | [10/22/13] Erin Russell: Review Duffy's Motion for Extension of Time to File Motion to Dismiss. | 400.00 | 0.2 | 80.00 |
| Time | [10/25/13] Erin Russell: Review minute entry by Judge Darrah granting Duffy Motion for Extension of Time. Advise Sweet and Godfread via email. | 400.00 | 0.3 | 120.00 |
| Time | [10/29/13] Erin Russell: Review Duffy Motion to Dismiss. | 400.00 | 0.6 | 240.00 |
| Time | [10/29/13] Erin Russell: Telephone conference with Jason Sweet re: Duffy Motion to Dismiss. | 400.00 | 0.4 | 160.00 |
| Time | [11/06/13] Erin Russell: Review sanctions order issued against Prenda by Judge Noel in Minnesota. | 400.00 | 0.4 | 160.00 |
| Time | [11/21/13] Erin Russell: Review Judge Darrah's Order granting Defendants' Motion for Extension of Time. Email Sweet and Godfread to advise. | 400.00 | 0.3 | 120.00 |
| Time | [11/25/13] Erin Russell: Research and draft Response in Opposition to Motion to Dismiss Amended Counterclaims. | 400.00 | 1.2 | 480.00 |
| Time | [11/26/13] Erin Russell: Draft Response in Opposition to Motion to Dismiss Amended Counterclaim. Filed with exhibits. | 400.00 | 1.7 | 680.00 |
| Time | [11/27/13] Erin Russell: Review sanctions order against Prenda by Judge Murphy in the Southern District of Illinois. | 400.00 | 0.4 | 160.00 |
| Time | [11/27/13] Erin Russell: Telephone conference with J. Sweet and P. Godfread re: Noel and Murphy sanctions orders. | 400.00 | 0.8 | 320.00 |
| Time | [12/10/13] Erin Russell: Draft and submit Notice of Supplemental Authority re: Noel and Murphy sanctions orders against Prenda in support of Motion for Sanctions. | 400.00 | 0.5 | 200.00 |
| Time | [01/22/14] Erin Russell: Review Plaintiff's Motion for Leave to File Surreply to Motion for Sanctions. | 400.00 | 0.4 | 160.00 |
| Time | [01/23/14] Erin Russell: Attend hearing re: ruling on Motion for Sanctions before Judge | 400.00 | 1.3 | 520.00 |

| | | | | |
|---|---|---|---|---|
| | Darrah. | | | |
| Time | [01/23/14] Erin Russell: Telephone conference with J. Sweet and P. Godfread re: ruling on Motion for Sanctions. | 400.00 | 0.7 | 280.00 |
| Time | [02/03/14] Erin Russell: Review Court's Memorandum Opinion and Order granting Motion for Sanctions. | 400.00 | 0.4 | 160.00 |
| Time | [02/03/14] Erin Russell: Telephone conference with J. Sweet and P. Godfread re: Court's Memorandum Opinion. | 400.00 | 0.5 | 200.00 |
| Time | [02/05/14] Erin Russell: Research case law re: itemization of damages for sanctions award. | 400.00 | 2.1 | 840.00 |
| Time | [02/06/14] Erin Russell: Draft Affidavit of Erin K. Russell in support of Defendants' Itemization of Attorney's Fees. | 400.00 | 0.8 | 320.00 |
| Time | [02/06/14] Erin Russell: Prepare itemized invoice to support Itemization of Attorney's Fees re: sanctions order. | 400.00 | 2.7 | 1,080.00 |
| Time | [03/05/14] Erin Russell: Review Judge Darrah's Order granting Motion to Dismiss Amended Counterclaims. | 400.00 | 0.2 | 80.00 |
| Time | [03/05/14] Erin Russell: Telephone conference with Jason Sweet re: Judge Darrah's ruling. | 400.00 | 0.8 | 320.00 |
| Time | [04/02/14] Erin Russell: Draft and edit Defendants' Second Amended Counterclaims. | 400.00 | 3.1 | 1,240.00 |
| Time | [04/03/14] Erin Russell: Draft and edit Defendants' Second Amended Counterclaims. | 400.00 | 2.7 | 1,080.00 |
| Time | [04/04/14] Erin Russell: File Defendants' Second Amended Counterclaims. | 400.00 | 0.3 | 120.00 |
| Time | [05/08/14] Erin Russell: Travel to federal courthouse. | 400.00 | 0.7 | 280.00 |
| Time | [05/08/14] Erin Russell: Attend status conference before Judge Darrah. | 400.00 | 1.6 | 640.00 |
| Time | [05/08/14] Erin Russell: Telephone conference with Jason Sweet and Paul Godfread re: status conference. | 400.00 | 0.4 | 160.00 |
| Time | [08/25/14] Erin Russell: Draft Motion for Default and Notice of Motion. | 400.00 | 2.3 | 920.00 |
| Time | [08/25/14] Erin Russell: Travel to federal courthouse. | 400.00 | 0.7 | 280.00 |
| Time | [08/25/14] Erin Russell: Attend status conference before Judge Darrah. | 400.00 | 1.7 | 680.00 |
| Time | [08/25/14] Erin Russell: Telephone conference | 400.00 | 0.3 | 120.00 |

| | | | | |
|---|---|---|---|---|
| | with Jason Sweet re: status conference. | | | |
| Time | [08/26/14] Erin Russell: File Motion for Default. | 400.00 | 0.3 | 120.00 |
| Time | [09/04/14] Erin Russell: Review minute entry by Judge Darrah. | 400.00 | 0.2 | 80.00 |
| Time | [09/10/14] Erin Russell: Research and draft Motion to Show Cause and Notice of Motion. Gather exhibits. | 400.00 | 3.7 | 1,480.00 |
| Time | [09/11/14] Erin Russell: Review Motion to Dismiss Second Amended Counterclaims filed by Duffy and Prenda. | 400.00 | 0.4 | 160.00 |
| Time | [09/11/14] Erin Russell: Telephone conference with Jason Sweet regarding Motion to Dismiss Second Amended Counterclaims. | 400.00 | 0.9 | 360.00 |
| Time | [09/18/14] Erin Russell: Travel to federal courthouse. | 400.00 | 0.8 | 320.00 |
| Time | [09/18/14] Erin Russell: Attend status conference before Judge Darrah. | 400.00 | 1.6 | 640.00 |
| Time | [09/18/14] Erin Russell: Telephone conference with Jason Sweet and Paul Godfread re: status conference. | 400.00 | 0.3 | 120.00 |
| Time | [10/15/14] Erin Russell: Research opposition to Motion to Dismiss Second Amended Counterclaims. | 400.00 | 2 | 800.00 |
| Time | [10/15/14] Erin Russell: Draft Brief in Opposition to Motion to Dismiss Second Amended Counterclaims. | 400.00 | 3.2 | 1,280.00 |
| Time | [10/17/14] Erin Russell: Review Response in Opposition to Motion for Contempt. | 400.00 | 0.4 | 160.00 |
| Time | [10/17/14] Erin Russell: Telephone conference with Jason Sweet re: opposition to contempt motion. | 400.00 | 0.6 | 240.00 |
| Time | [10/17/14] Erin Russell: Review, edit and file Brief in Opposition to Motion to Dismiss Second Amended Counterclaims. | 400.00 | 1.1 | 440.00 |
| Time | [10/28/14] Erin Russell: Review transcript from May 8, 2014. | 400.00 | 0.2 | 80.00 |
| Time | [10/28/14] Erin Russell: Review transcript from August 27, 2014. | 400.00 | 0.2 | 80.00 |
| Time | [11/06/14] Erin Russell: Travel to federal courthouse. | 400.00 | 0.7 | 280.00 |
| Time | [11/06/14] Erin Russell: Attend status hearing. | 400.00 | 1.6 | 640.00 |
| Time | [12/02/14] Erin Russell: Review response in opposition to joint and several liability motion. | 400.00 | 0.3 | 120.00 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Expense | [Prenda v. Godfread, et al. 04/28/15] Taxi & Parking, ParkChicago: parking at federal court | 24.50 | 1 | 24.50 |
| Expense | [Prenda v. Godfread, et al. 02/12/15] Taxi & Parking, ParkChicago: parking at federal court | 19.39 | 1 | 19.39 |
| Expense | [Prenda v. Godfread, et al. 01/22/15] Taxi & Parking, ParkChicago: parking at federal court | 13.00 | 1 | 13.00 |
| Expense | [Prenda v. Godfread, et al. 01/22/15] Taxi & Parking, ParkChicago: parking at federal court | 10.10 | 1 | 10.10 |
| Expense | [Prenda v. Godfread, et al. 11/18/14] Taxi & Parking, ParkChicago: parking at federal court | 10.10 | 1 | 10.10 |
| Expense | [Prenda v. Godfread, et al. 08/27/14] Taxi & Parking, ParkChicago: parking at federal court | 7.20 | 1 | 7.20 |
| Expense | [Prenda v. Godfread, et al. 08/27/14] Taxi & Parking, ParkChicago: parking at federal court | 12.42 | 1 | 12.42 |
| Expense | [Prenda v. Godfread, et al. 08/20/13] Court Reporter, Mary M. Hacker: transcript of proceedings before Judge Darrah on June 25, 2013 | 24.20 | 1 | 24.20 |
| Expense | [Prenda v. Godfread, et al. 08/14/13] Court Reporter, Mary M. Hacker: transcript of proceedings before Judge Darrah on August 14, 2013 | 58.00 | 1 | 58.00 |
| Expense | [Prenda v. Godfread, et al. 05/31/13] Legal Fees, Laura Beasley: Local counsel fees incurred investigating circumstances of the filing of the St. Clair County amended complaint and obtaining the affidavit of Circuit Court Clerk's Office employee Judy Kent. | 738.00 | 1 | 738.00 |
| Expense | [Prenda v. Godfread, et al. 04/30/13] Legal Fees, Laura Beasley: Local counsel fees incurred investigating alleged St. Clair County amended complaint. | 234.00 | 1 | 234.00 |

| | |
|---|---|
| Total | 51,870.91 |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$51,870.91** |