# BOOTH SWEET LLP

32R Essex Street  Cambridge, MA 02139
T: 617.250.8602 | F: 617.250.8883 | www.boothsweet.com

**DAN BOOTH**

| Client: Paul Godfread | Invoice# | 000002 |
| | Invoice Date | September 29, 2015 |
| | Amount Due | **$28,057.40** |

| Date | Hours | Rate | Task |
|---|---|---|---|
| 02-18-2013 | 0.8 | $409 | Review complaint and exhibits |
| | 0.7 | $409 | Legal research on litigation privilege in Illinois |
| 02-22-2013 | 0.3 | $409 | Legal research on choice of law governing defamation and anti-SLAPP/ *Chi v. Loyola* |
| | 0.2 | $409 | Review Steele and Hansmeier correspondence with Godfread re litigation and discovery |
| 02-23-2013 | 0.4 | $409 | Legal research on IL Consumer Fraud/Deceptive Practices Act |
| 02-25-2013 | 0.7 | $409 | Compare Minnesota and Illinois anti-SLAPP provisions; research application of Minnesota anti-SLAPP; confer with Sweet |
| 02-26-2013 | 0.3 | $409 | Legal research on anti-SLAPP; Shepardize *Sandholm v. Keucker* |
| 03-01-2013 | 0.1 | $409 | Review notice of removal filed in Steele Florida defamation case |
| 03-06-2013 | 0.2 | $409 | Correspond with Bradford Patrick re Steele voluntary dismissal of Florida defamation case |
| 03-08-2013 | 0.1 | $409 | Review Automattic response to Duffy re Prenda subpoena |
| 03-20-2013 | 0.8 | $409 | Review answer and counterclaims; confer with Sweet |
| 04-09-2013 | 0.3 | $409 | Review Brent Berry declaration re Cooper and Steele filed 4-8-13 in *12-cv-8333* (N.D. Cal.) |
| 04-15-2013 | 0.7 | $409 | Review anti-SLAPP memorandum of law |
| | 0.8 | $409 | Legal research on judicial notice in Illinois and Minnesota |
| | 2.3 | $409 | Draft revisions and additions to anti-SLAPP memorandum of law |
| 04-16-2013 | 0.2 | $409 | Confer with Sweet re anti-SLAPP memorandum of law |
| | 1.8 | $409 | Legal research on choice of law for anti-SLAPP memorandum of law |
| | 2.5 | $409 | Draft choice of law argument for anti-SLAPP memorandum of law |

| Date | Hours | Rate | Task |
|---|---|---|---|
| 05-08-2013 | 0.1 | $409 | Review Judy Kent affidavit re Hoerner filing |
| 07-30-2013 | 0.1 | $409 | Review Prenda dissolution documents |
|  | 0.2 | $409 | Confer with Sweet re adding counterdefendants |
| 08-13-2013 | 0.3 | $409 | Review motion to remand Prenda/Alpha v. Godfread, transfer order, and renewed motion to remand *Alpha Law v. Godfread* |
| 08-14-2013 | 0.6 | $409 | Review order on anti-SLAPP motion |
|  | 0.5 | $409 | Legal research on sufficiency of pleading required for defamation claim/ *Keen v. Bluestar, Gardner v. Kappa Alpha Psi* |
|  | 0.5 | $409 | Review initial 2012 public filings by Godfread and Cooper |
|  | 1.0 | $409 | Prepare timeline of alleged defamatory statements in DTD posts |
| 08-15-2013 | 1.5 | $409 | Prepare timeline of alleged defamatory statements in FCT posts |
|  | 0.3 | $409 | Review allegations purporting to impute liability to Godfread and Cooper for third-party statements |
|  | 0.5 | $409 | Confer with Sweet and Vogler re shortcomings in pleadings tying Godfread and Cooper to third-party statements |
|  | 0.2 | $409 | Review transcript of 8-14-13 hearing in Duffy v Godfread re misrepresentations in Alpha filings |
|  | 0.2 | $409 | Confer with Sweet re misrepresentations in Alpha filings |
| 08-16-2013 | 0.3 | $409 | Review draft motion for clarification; confer with Sweet |
| 08-21-2013 | 0.4 | $409 | Review draft motion for reconsideration |
| 09-06-2013 | 0.2 | $409 | Review Godfread declaration filed 11-1-13 in *AF Holdings v. Navasca*, 12-cv-2396 (N.D. Cal.) |
| 09-16-2013 | 0.3 | $409 | Review sanctions order in *AF Holdings v. Navasca* re issue preclusion/ Steele and Hansmeier |
| 09-24-2013 | 1.2 | $409 | Review motion for sanctions and Prenda response |
| 10-4-2013 | 0.4 | $409 | Review memorandum and affidavit of Kimberley Echenrode filed 10-4-13 in *AF Holdings v. Doe*, 12-cv-1445 (D. Minn.) re conversation with Cooper about AF Holdings |
| 11-13-2013 | 0.1 | $409 | Confer with Russell and Sweet re sanctions hearing vs. Steele, Hansmeier and Duffy in *Lightspeed v. Smith* (12-cv-889, S.D. Ill.) |
| 01-06-2014 | 0.5 | $409 | Legal research re state anti-SLAPP statutes application in federal proceedings/*Godin v. Schenks* |

| Date | Hours | Rate | Task |
|---|---|---|---|
| 01-23-2014 | 0.1 | $409 | Review minute entry re sanctions; confer with Sweet |
| 02-03-2014 | 0.4 | $409 | Review sanctions order |
| 07-30-2014 | 0.2 | $409 | Review remand order *Cooper v. Steele* (13-cv-622, D. Minn.) |
| 08-04-2014 | 0.6 | $409 | Review opinion affirming *Guava v. Merkel* (A13-2064, Minn. Ct. App.) |
| 08-20-2014 | 0.1 | $409 | Review Godfread correspondence re Steele settlement offer; confer with Sweet |
| 08-26-2014 | 0.1 | $409 | Confer with Sweet re Steele offer to settle *Cooper v. Steele* o/b/o all defendants |
| 09-03-2014 | 0.8 | $409 | Review motion to stay payment and Duffy declaration |
| | 2.2 | $409 | Draft response to Prenda motion to stay payment |
| | 0.7 | $409 | Confer with Sweet re imposing Prenda's liability jointly and severally on Steele, Hansmeier and Duffy |
| 09-04-2014 | 2.1 | $409 | Legal research on veil piercing and responsible corporate officer doctrine |
| 09-05-2014 | 0.4 | $409 | Confer with Sweet re discovery and anti-SLAPP status |
| | 2.5 | $409 | Legal research on collateral estoppel and joint and several liability |
| | 3.2 | $409 | Draft motion to impose joint and several liability |
| 09-07-2014 | 2.0 | $409 | Draft motion to impose joint and several liability |
| 09-09-2014 | 0.8 | $409 | Legal research re counterclaims vs non-diverse third parties |
| | 0.4 | $409 | Confer with Sweet re amending counterclaim |
| | 0.2 | $409 | Confer with Sweet re collusive actions by Prenda's attorneys on its behalf in the defamation cases |
| | 0.7 | $409 | Draft motion to impose joint and several liability |
| 09-10-2014 | 2.0 | $409 | Legal research on issue preclusion; need for finality of judgment/ sanctions order for preclusive effect |
| | 5.2 | $409 | Draft motion to impose joint and several liability |
| 09-11-2014 | 5.8 | $409 | Draft motion for joint and several liability |
| | 0.4 | $409 | Prepare exhibits for motion for joint and several liability |
| 09-12-2014 | 1.9 | $409 | Draft motion to impose joint and several liability |
| 09-15-2014 | 0.2 | $409 | Review transcript of 9-10-14 hearing in *Duffy v. Godfread*; confer with Sweet |

3

| Date | Hours | Rate | Task |
|---|---|---|---|
| 09-19-2014 | 0.6 | $409 | Review renewed motion to dismiss |
| 10-14-2014 | 2.1 | $409 | Draft motion to impose joint and several liability |
| 10-17-2014 | 0.4 | $409 | Review plaintiff motion to dismiss amended counterclaim |
| 10-21-2014 | 0.7 | $409 | Review renewed anti-SLAPP motion to dismiss |
| 10-22-2014 | 4.4 | $409 | Draft motion to impose joint and several liability |
| 10-24-2014 | 0.5 | $409 | Draft motion to impose joint and several liability |
| 11-13-2014 | 0.1 | $409 | Review minute entry re joint and several liability and motion to dismiss; confer with Sweet |
| 12-19-2014 | 0.8 | $409 | Review Duffy response to joint and several motion |
|  | 0.5 | $409 | Confer with Sweet re Duffy response to joint and several motion and motion to dismiss |
| 01-22-2015 | 0.3 | $409 | Review docket/case status; confer with Sweet re hearing; review order on motion to dismiss counterclaims |
| 01-23-2015 | 0.5 | $409 | Legal research on burden of party responding to anti-SLAPP motion (*Leiendecker*; *Unity Healthcare*) |
| 01-29-2015 | 0.8 | $409 | Legal research on disqualifying attorney for conflict of interest with client |
|  | 0.3 | $409 | Confer with Sweet on possibly disqualifying Duffy for conflict of interest with Prenda w/r/t sanctions |
| 03-03-2015 | 0.2 | $409 | Review *Nielsen v. Bohnen* (Hennepin Cty) pending anti-SLAPP motion |
| 04-10-2015 | 0.2 | $409 | Confer with Sweet re dismissal and denial of motion to stay |
| 07-15-2015 | 0.4 | $409 | Review order of damages against Prenda in *Cooper v. Steele* (Hennepin County) |
| 09-25-2015 | 0.2 | $409 | Review and confirm hours spent on case |

_____

2013 subtotal: 22.1
2014 subtotal: 43.6
2015 subtotal: 2.9

_____

**Final total:** 68.6 $28,057.40