UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL DUFFY and <br> PRENDA LAW, INC., <br>       Plaintiffs, <br>       v. <br> PAUL GODFREAD, *et al.*, <br>       Defendants. | Case No. 13-cv-1569 <br><br> Judge John W. Darrah |

**<u>ORDER</u>**

    Defendants Alan Cooper and Paul Godfread's Motion for Extension of Time [93] is denied as moot. Defendants' Damages Statement [95] is deemed timely filed.

Date: 11/2/2015                                                        /s/ John W. Darrah