IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Paul Godfread et al | ) | |
| | ) | |

## ORDER

Status hearing held and continued to 5/4/16 at 9:30 a.m. Defendants are instructed to submit a proposed judgment order for the sanctions ordered against Plaintiffs on or before 5/2/16.

(T:) 00:05

Date:  4/20/16                                                                /s/ Judge John W. Darrah