UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL DUFFY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-cv-1569 |
| v. ) | |
| ) | Judge John W. Darrah |
| PAUL GODFREAD et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

    Defendants' oral motion for an extension of time to 5/16/16 to submit a proposed judgment order for the damages awarded to Godfread and Cooper regarding the ruling on the Anti-SLAPP motion is granted. All other dates remain as scheduled.

Date: 5/11/2016                                           /s/ John W. Darrah