UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL DUFFY and PRENDA LAW, INC., | ) ) ) |
| Plaintiffs, | ) Case No. 13-cv-1569 ) |
| v. | ) Judge John W. Darrah ) |
| PAUL GODFREAD, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Defendants Godfread and Cooper were instructed to submit a proposed judgment order for the damages awarded regarding the ruling on the Anti-SLAPP motion by 5/2/16. Oral motions for extension of time to 5/10/16 and 5/16/16 were granted, but Defendants have not filed a proposed judgment order. Defendants shall file a proposed judgment order by 10/25/16 or the case will be deemed closed.

Date:  10/11/2016                                           /s/ John W. Darrah