IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paul Duffy | ) | Case No: 13 C 1569 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Paul Godfread et al | ) | |

## ORDER

Final judgment and order. Civil case closed.

Date: 10/17/16                                /s/ Judge John W. Darrah