IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL DUFFY and PRENDA LAW, INC. ) | Case No. 1:13-cv-01569 |
| ) | (Consolidated with 1:13-cv-04341) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL GODFREAD, ALAN COOPER ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| PAUL GODFREAD AND ALAN ) | |
| COOPER, ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL DUFFY and PRENDA LAW, INC., ) | |
| ) | |
| Counter-Defendants. ) | |

## FINAL JUDGMENT AND ORDER

This matter came before the Court on Defendant/Counter-Plaintiffs' Motion to Dismiss Pursuant to the Minnesota Anti-SLAPP Act, which was granted on April 15, 2015, and Defendants/Counter-Plaintiffs' Motion for Sanctions, which was granted on February 3, 2014 and amended on January 22, 2015. Pursuant to the Court's Order, Defendants/Counter-Plaintiffs filed their Statement of Damages on September 29, 2015.

The Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, JUDGED AND DECREED THAT:

Defendants Paul Godfread and Alan Cooper shall recover jointly and severally from Plaintiffs Prenda Law, Inc. and Paul Duffy the following:

    a. Sanctions in the amount of $11,758.20, pursuant to the Court's January 22, 2015 Order, are awarded in favor of Defendants/Counter-Plaintiffs Paul Godfread and Alan Cooper and against Plaintiffs Prenda Law, Inc. and Paul Duffy;

    b. Actual damages in the form of costs and attorney fees in the amount of $162,448.74 as provided in Minn. Stat. § 554.05. The Court has reviewed the Statement of Damages filed by Godfread and Cooper on September 29, 2015 and finds the rates charged by counsel and the total amount of the invoices with costs to be reasonable;

    c. Punitive damages in the amount of $500,000.00 as permitted by Minn. Stat. § 554.05 and § 549.20. Godfread and Cooper proved they are entitled to punitive damages by clear and convincing evidence in their Statement of Damages [ECF No. 95], and the Court adopts and incorporates that reasoning herein in support of its award of punitive damages; and

    d. Prejudgment interest, as permitted by law.

The Court finds that pursuant to Rule 54(b) of Fed.R.Civ.P. there is no just reason for delay and directs entry of this Judgment immediately. The Court shall retain jurisdiction over these consolidated matters to the extent necessary to enforce this Judgment.

Date: _October 17, 2016_          /s/ _John J. Darrah_
                                                                 JOHN W. DARRAH
                                                               United States District Court Judge