UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRENDA LAW, INC. and PAUL DUFFY, <br><br>  Plaintiffs/Counterdefendants, <br><br>v. <br><br>PAUL GODFREAD and ALAN COOPER, <br><br>  Defendants/Counterplaintiffs. | Civil Action No. 1:13-cv-01569 <br>*consolidated with* <br>Civil Action No. 1:13-cv-04341 |

**MOTION FOR JOINDER/SUBSTITUTION OF PARTIES PURSUANT TO Fed.R.Civ.P. 25(c) AND ENTRY OF AN AMENDED JUDGMENT**

  Pursuant to Federal Rule of Civil Procedure 25(c), Defendants/Counterplaintiffs Paul Godfread and Alan Cooper ("Counterplaintiffs") request that the Court commence proceedings to effectuate the joinder/substitution of non-parties John Steele and Paul Hansmeier as judgment debtors in this action because these persons are alter-egos and/or successors of the Counterdefendant Prenda Law Inc. against which this Court entered final judgment. Doc. 108, 13-cv-1569.[1] Counterplaintiffs further request that the Court order that the judgment entered in this action is jointly and severally enforceable against Prenda Law, Inc., Paul Duffy, John Steele and Paul Hansmeier. In support of this motion, Counterplaintiffs submit and incorporates the accompanying memorandum.

  WHEREFORE, for the reasons set forth in the accompanying memorandum, Counterplaintiffs respectfully request that the Court grant this motion and (i) join John Steele and Paul Hansmeier as judgment debtors; (ii) order that the judgment in this action is jointly and severally enforceable against Prenda Law, Inc., Paul Duffy, John Steele and Paul Hansmeier; and (iii) grant such further relief as the Court deems just and appropriate.

---

[1] [1] In this motion, citations to the record will be in the form "Doc. ___, 13-cv-1569" for docket entries in *Duffy v. Godfread*; "Doc. ___, 13-cv-0207" for docket entries in *Prenda Law, Inc. v. Godfread*; and "Doc. ___, 13-cv-4341" for docket entries in *Prenda Law, Inc. v. Godfread*.

Dated: August 27, 2018                                   Respectfully submitted,

/s/ Jason Sweet
Jason E. Sweet (BBO# 668596)
jsweet@boothsweet.com
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8602
Fax: (617) 250-8883

/s/ Erin K. Russell
The Russell Firm, LLC
650 W Lake Street, Suite 210A
Chicago, IL 60661
T: 312-994-2424
F: 312-706-7966
erin@russellgroupchicago.com
ARDC # 6287255

*Counsel for Defendants and Counter-Plaintiffs
Paul Godfread and Alan Cooper*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, notice of the foregoing document, will be served via process server to:

Paul R. Hansmeier                                John Steele
9272 Cortland Alcove                             18871 N. 69th Ave.
Woodbury, MN 55125                               Glendale, AZ 85308


/s/ Jason Sweet