UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Paul Duffy, et al.
                    Plaintiff,

v.                                          Case No.: 1:13−cv−01569
                                            Honorable Gary Feinerman

Paul Godfread, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, September 20, 2018:


      MINUTE entry before the Honorable Gary Feinerman:The Clerk is directed to terminate Dkt. 110 as a motion because it is a brief, not a motion. If Defendants would like their motion [109] to be heard, they must notice it for presentment under Local Rule 5.3(b) and serve the non−movants with the notice of motion under Local Rule 5.3(a).Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.