# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Paul Duffy, et al.
                     Plaintiff,

v.                                          Case No.: 1:13−cv−01569
                                                 Honorable Gary Feinerman

Paul Godfread, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 26, 2018:

       MINUTE entry before the Honorable Gary Feinerman: Any opposition to Defendants' motion to substitute party and enter amended judgment [109] shall be filed by 10/16/2018. If no opposition is filed and nobody appears at the 10/18/2018 hearing [115] to oppose the motion, the court will rule on the motion at the 10/18/2018 hearing [115].Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.