# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Paul Duffy, et al.
                    Plaintiff,

v.                                              Case No.: 1:13−cv−01569
                                                Honorable Gary Feinerman

Paul Godfread, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 22, 2018:

    MINUTE entry before the Honorable Gary Feinerman:Hearing on motion for joinder/substitution of parties [109] set for 10/25/2018 [119] is stricken and re−set for 10/30/2018 at 9:15 a.m. Defendants shall ensure that the non−party non−movants are informed of the new hearing date.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.