IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRENDA LAW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:13-cv-1569 |
| v. ) | (consolidated with 1:13-cv-4341) |
| ) | |
| PAUL GODFREAD, ALAN COOPER, ) | |
| and JOHN DOES 1-10, ) | |
| ) | Hon. Gary Feinerman |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, October 30, 2018, at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Defendants' Motion to Take Judicial Notice.

Respectfully submitted,

/s/ Erin Kathryn Russell

The Russell Firm, LLC
650 W Lake Street
Suite 210A
Chicago, IL 60661
T: 312-994-2424
F: 312-706-9766
erin@russellfirmip.com
ARDC# 6287255

CERTIFICATE OF SERVICE

       This is to certify that on October 22, 2018, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record. Copies were also served on October 22, 2018 via USPS Priority Mail as follows:

John Steele
18871 N. 69th Avenue
Glendale, AZ 85308

Paul Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125

                                                /s/ Erin K. Russell