UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Paul Duffy, et al.
                        Plaintiff,

v.                                            Case No.: 1:13−cv−01569
                                                      Honorable Gary Feinerman

Paul Godfread, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 23, 2018:

      MINUTE entry before the Honorable Gary Feinerman: Motion hearing on Defendants' motion to take judicial notice [124] set for 10/30/2018 at 9:00 a.m. [125] is re−set for 9:15 a.m. TIME CHANGE ONLY.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.