UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PRENDA LAW, INC. and PAUL DUFFY, | ) | |
| | ) | |
| Plaintiffs/Counterdefendants, | ) | Civil Action No. 1:13-cv-01569 |
| | ) | *consolidated with* |
| v. | ) | Civil Action No. 1:13-cv-04341 |
| | ) | |
| PAUL GODFREAD and ALAN COOPER, | ) | |
| | ) | Hon. Gary R. Feinerman |
| Defendants/Counter-Plaintiffs. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2018, I deposited copies of Defendant's Motion to Take Judicial Notice (with Exhibit A), Defendant's Notice of Motion for October 30, 2018, and a copy of the Court's Order re-setting this matter for hearing on October 30, 2018, in the US Mail via USPS Priority Mail Express - 1 day delivery to:

Paul R. Hansmeier                         John Steele
9272 Cortland Alcove                      18871 N. 69th Ave.
Woodbury, MN 55125                        Glendale, AZ 85308

The tracking information for each of these packages, including proof of delivery on October 24, 2018, is attached hereto.

Respectfully submitted,

/s/ Erin K. Russell
The Russell Firm, LLC
650 W Lake Street, Suite 210A
Chicago, IL 60661
T: 312-994-2424
F: 312-706-7966
erin@russellfirmip.com
ARDC # 6287255

*Counsel for Defendants and Counter-Plaintiffs*
*Paul Godfread and Alan Cooper*