USPS.com® - Shipping History

https://cns.usps.com/labelDetails.shtml?orderItemId=684327944

# USPS.COM®

**Quick Tools** | Mail & Ship | Track & Manage | English | Locations | Postal Store | Support | Business | Informed Delivery | International | Hi, Erin | Help

Create Label | Preferences | **Shipping History** | Address Book | SCAN Form

Did you know you can request a refund online for unused Click-N-Ship® labels in your Shipping History? Click here to learn more.

## Label Details

Account # 76913043

**Label Number:**
9470103699300040257278

**Terms** ⓘ

**Acceptance Cutoff:** 10/23/2018 4:00 PM
**Acceptance Time:** 10/23/2018 1:12 PM
**Guaranteed Date:** 10/24/2018 12:00 PM
**Delivery Status:** Delivered, In/At Mailbox
2018-10-24 11:49:00.0

**Label Actions** ⓘ

USPS Tracking®
Ship Again

**Need help** ⓘ

File an insurance claim
Request A Service Refund

**Return Address:**
ERIN RUSSELL
650 W LAKE ST # 210A
CHICAGO, IL 60661-1000
erin@russellfirmchicago.com

**Delivery Address:**
JOHN STEELE
18871 N 69TH AVE
GLENDALE, AZ 85308-5752

**Transaction Number:** 447014175
**Transaction Type:** Label
**Payment Method:** AMEX-1008
**Payment Status:** Account Charged

**Package:**
Ship Date: 10/23/18
Value: $50.00
From: 11222

**Service:**
Priority Mail Express™ 1-Day
Flat Rate Envelope
Waiver of Signature

Postage Cost                $24.70
Waiver of Signature

**Label Total:**       $24.70
**Order Total:**       $24.70