| | |
|---|---|
| STATE OF MINNESOTA)ss | CASE NO. 1:13-CV-01569 consolidated with 1:13-CV-04341 |
| COUNTY OF DAKOTA ) | VS. PAUL GODFREAD AND ALAN COOPER |

## AFFIDAVIT OF NOT FOUND- DUE DILIGENCE

ANDY LONERGAN, being duly sworn, on oath, states that after a due and diligent search, I have been unable to locate:

PAUL R. HANSMEIER

at

9272 CORTLAND ALCOVE, WOODBURY, MN within the County of WASHINGTON, State of Minnesota,

the same being the last known residential address for PAUL R. HANSMEIER, for service of the attached REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR JOINDER/SUBSTITUTION OF PARTIES PURSUANT TO FED.R.CIV.P 23 (C) AND ENTRY OF AN AMENDED JUDGMENT, AMENDED NOTICE OF MOTION AND NOTIFICATION OF DOCKET ENTRY, PLEA AGREEMENT AND SENTENCING STIPULATIONS (EXHIBIT G) AND NOTIFICATION OF DOCKET ENTRY

DUE DILIGENCE-  ATTEMPTS WERE MADE TO LOCATE AND SERVE PAUL R. HANSMEIER AT THE ABOVE ADDRESS AS FOLLOWS:

10/21/18, 10:00 am CDT- NO ONE HOME
10/20/18, 10:26 am CDT – NO ONE HOME
10/18/18, 4:40 pm CDT – NO ONE HOME
10/16/18, 5:30 pm CDT – NO ONE HOME
10/15/18, 6:45 pm CDT – NO ONE HOME

I declare under penalty of perjury that everything I have stated in this document is true and correct.
Minn Stat § 358.116

_____
SIGNED BY ANDY LONERGAN
10/26/2018

Arden Process Services L.L.C.