# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Paul Duffy, et al.
                                        Plaintiff,

v.                                      Case No.: 1:13−cv−01569
                                        Honorable Gary Feinerman

Paul Godfread, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 30, 2018:

    MINUTE entry before the Honorable Gary Feinerman:Motion hearing held and continued to 11/19/2018 at 9:00 a.m. Motion for joinder/substitution of parties pursuant to Fed.R.Civ.P.25(c) and for entry of an amended judgment [109] is entered and continued. Defendants/Counter−Plaintiffs shall file a supplemental memorandum as stated in open court by 11/13/2018. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.