IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRENDA LAW, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL GODFREAD, ALAN COOPER, )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | Case No.: 1:13-cv-1569<br>(consolidated with 1:13-cv-4341)<br><br>Hon. Gary Feinerman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, November 19, 2018, at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Defendants' Motion to Take Judicial Notice of Illinois Secretary of State Corporation File Detail Report for Prenda Law, Inc., and Defendants' Motion to Take Judicial Notice of the March 6, 2017 Change of Plea Hearing Transcript for John Steele.

Respectfully submitted,

/s/ Erin Kathryn Russell

The Russell Firm, LLC
650 W Lake Street
Suite 210A
Chicago, IL 60661
T: 312-994-2424
F: 312-706-9766
erin@russellfirmip.com
ARDC# 6287255

<u>CERTIFICATE OF SERVICE</u>

   This is to certify that on November 13, 2018, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record. Copies were also served on November 13, 2018 via USPS Priority Mail as follows:

John Steele
18871 N. 69th Avenue
Glendale, AZ 85308

Paul Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125

                  <u>/s/ Erin K. Russell</u>