**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Paul Duffy, et al.
                      Plaintiff,

v.                                                   Case No.: 1:13−cv−01569
                                                    Honorable Gary Feinerman

Paul Godfread, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 14, 2018:

      MINUTE entry before the Honorable Gary Feinerman:The Clerk is directed to terminate Dkt. 131 as a motion because it is a brief, not a motion. Defendants' motion to take judicial notice of Corporation file detail report from the Illinois Secretary of State for Penda Law, Inc. [132] is granted. The court will take judicial notice of the Ill. Sec. of State file detail report. Defendants' motion to take judicial notice of the 3/6/2017 change of plea hearing transcript for John L. Steele [133] is granted. The court will take judicial notice of plea hearing transcript for John L. Steele. Hearing on motion for joinder/substitution of parties [109] set for 11/19/2018 at 9:00 a.m. [130] is re−set for 9:30 a.m. TIME CHANGE ONLY.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.